FILED
SUPERIOR COURT
OF GUAM

2021 JUN 15 PM 3: 08

CLERK OF COURT
BY: _____

**IN THE SUPERIOR COURT OF GUAM**

| | |
|---|---|
| IN THE MATTER OF THE GUARDIANSHIP<br><br>OF<br><br>YUK LAN MOYLAN,<br><br>An Adult. | Superior Court Case No. **SP0106-07**<br>**Related Case Nos. SP0104-07, SP0105-07, SP0107-07, SP0110-07, and SP0111-07**<br><br>**DECISION AND ORDER RE ATTORNEY'S FEES** |

*In re Guardianship of Moylan*, 2018 Guam 8 (*Moylan III*), reversed the Superior Court's prior decision denying the payment of attorney's fees for Richard Moylan's litigation efforts that resulted in the return of TCDs to the Wards, Francis Moylan and Yuk Lan Moylan. On remand, this Court now considers the appropriate amount of attorney's fees for that claim. Moreover, the same opinion vacated and remanded all other claims for attorney's fees from the trial court's July 26, 2016 decision related to litigation in *In re Guardianship of Moylan*, 2017 Guam 28 (*Moylan II*). The Court now considers whether Richard may recover attorney's fees under the substantial benefit doctrine for litigation efforts that resulted in a holding that there was no enforceable oral transfer of property from the Wards to the present Limited Guardian, Lina Leialoha Alston ("Princess").

## I.    Background

Attorney Douglas Moylan is the grandson of the Wards and the son of Richard Moylan. In 2007, a series of guardianship petitions were filed concerning Mr. and Mrs. Moylan. Richard, through Attorney Moylan, entered appearances and litigated various issues in:

- o  SP0104-07 - Petition filed Princess and Francis L. Moylan, Jr. on June 22, 2007, over Mr. Moylan's person

ORIGINAL

- SP0105-07 - Petition filed by Kurt Moylan on June 22, 2007, over Mr. Moylan's estate

- SP0106-07 - Petition filed by Kurt on June 22, 2007, over Mrs. Moylan's estate

- SP0107-07 - Petition filed by Princess and Jr. on June 22, 2007, over Mrs. Moylan's person

- SP0110-07 - Petition filed by Richard on June 26, 2007, over Mr. Moylan

- SP0111-07 - Petition filed by Richard on June 26, 2007, over Mrs. Moylan

The issues presented in these petitions were tried and then appealed in CVA08-016. In 2011, the Guam Supreme Court resolved various guardianship issues *In re Guardianships of Moylan*, 2011 Guam 16 (*Moylan I*). The Court incorporates here the factual and procedural background discussed therein.

Following the issuance of *Moylan I* and *Moylan II*, Richard moved to recover his reasonable attorney's fees and costs. In denying the motion, the Court found that under 15 GCA § 4101, a party must be a guardian in order to apply for attorney's fees. Dec. and Order (Jul. 26, 2016). Since Richard was not a guardian and did not satisfy any exception to the American rule regarding litigation expenses, the Court found that he could not recover attorney's fees and costs.

Upon Richard's appeal, the Guam Supreme Court vacated the Decision and Order to the extent that it resolved Richard's claim for attorney's fees based upon litigation subject to the court's opinion in *Moylan II*. *Moylan III*, 2018 Guam 8. The Guam Supreme Court partially vacated and partially reversed the trial court's Decision and Order and remanded the matter to this Court.

## II. Law and Discussion

### A. The Scope of Issues on Remand

As an initial matter, the Court must determine the scope of the issues on remand. The Guam Supreme Court instructs that "[o]n remand, a trial court must comply with the mandate of

ORIGINAL

the appellate court. Thus, in determining how to proceed on remand, the trial court must examine both the mandate and the opinion and proceed in accordance with the views expressed therein." *Town House Dep't Stores, Inc. v. Ahn*, 2003 Guam 6 ¶ 16. The Guam Supreme Court has further cautioned that "trial courts are ... not to construe remand orders 'so narrowly as to prohibit the court from considering matters relevant to the issues upon which further proceedings are ordered.'" *Moylan II*, 2017 Guam 28 ¶ 29 (citing *Lamb v. Hoffman*, 2011 Guam 13 ¶ 22).

In *Moylan III*, the Guam Supreme Court mandated the following:

> For the reasons discussed above, we VACATE that portion of the trial court's July 26, 2016 Decision and Order to the extent that it resolved Richard's claim for attorney's fees based upon litigation that was the subject of the court's opinion in Moylan II, 2017 Guam 28. We REMAND those issues and direct the Superior Court to dismiss that portion of Richard's motion without prejudice or, upon final resolution of those issues, determine whether Richard is entitled to attorney's fees in accordance with the legal principles enunciated by the court in this Opinion. Additionally, we REVERSE that portion of the trial court's July 26, 2016 Decision and Order regarding the payment of attorney's fees for Richard's litigation efforts that resulted in the return of the TCDs to the Wards and REMAND the matter to the Superior Court so that it may calculate the appropriate amount of attorney's fees in the first instance.

2018 Guam 8 ¶ 33. In remand proceedings, Richard indicated that the scope of fees and costs that he seeks to recover includes:

- o work associated with efforts to recover over $1.5M in life savings deposits to names of Wards alone;

- o recovery of real estate (the house occupied by Princess);

- o defense of Judge Barrett-Anderson's determination that the Wards are entitled to recovery of monies (a loan) owed by F.L. Moylan Corp.;

- o protection of the late F.L. Moylan and Yuk Lan Moylan's civil liberties such as the sealing of their cases; and

- o legal work related to recover compensable fees and costs.

Legal Brief Re: 8/17/18 Supreme Court of Guam Mandate (Dec. 2, 2019).

ORIGINAL

*Moylan III* instructs this Court to calculate the appropriate amount of attorney's fees associated with Richard's efforts that resulted in the return of the TCDs to the Wards. Furthermore, *Moylan III* directs this Court to review Richard's litigation efforts: (i) in maintaining title in the name of the Wards to the residence where Princess currently resides; and (ii) in recovering shareholder loans payable to the Wards--in other words, the two issues addressed in *Moylan II*. Since no further action has been taken on these issues, the Court finds that both are ripe for the Court to determine whether Richard is entitled to attorney's fees in accordance with the legal principles enunciated by *Moylan III*.

As to other issues, Richard does not specify which issue he seeks review for his efforts to protect the Wards' civil liberties. He submits billing entries for work done in association with his litigation efforts to unseal all guardianship records, *see Moylan I,* 2011 Guam 16 ¶ 55 and Order (Jan. 24, 2012), and his efforts to contest the appointment of Princess as a special guardian for which she failed to have adequate notice, *see Moylan V,* 2018 Guam 21. However, Richard fails to present the Court with a legal argument regarding the award of attorney fees for these issues. Accordingly, the Court declines to consider whether to award Richard attorney's fees for his efforts to unseal all guardianship records and contest the appointment of Princess as a special guardian.

Richard also seeks attorney fees for his efforts to recover compensable fees and costs. Again, he fails to present to the Court a legal argument as to why it should award him attorney fees. Since this issue also falls outside the scope of the *Moylan III* mandate, the Court declines to consider it here.

In sum, the Court strictly complies with the scope outlined in *Moylan III*--that is, whether the substantial benefit doctrine entitles Richard to an award of attorney's fees for his litigation

ORIGINAL

efforts: (i) in maintaining title in the name of the Wards to the residence where Princess currently resides; and (ii) in recovering shareholder loans payable to the Wards. The Court will also calculate the appropriate amount of attorney's fees associated with Richard's efforts that resulted in the return of the TCDs to the Wards and for the other issues that satisfy the substantial benefit doctrine.

### B. The Substantial Benefit Test Applied

In *Moylan III*, the Guam Supreme Court held that the "substantial benefit" exception to the American Rule applies in Guam and may be utilized in the context of guardianship proceedings. The Guam Supreme Court instructed that when using the substantial benefit exception, the "relevant question is whether a substantial benefit has been conferred on an ascertainable class, which is generally decided on a case-by-case basis." *Id.*, 2018 Guam 8 ¶ 30. Furthermore, in deciding whether a substantial benefit has been conferred, the Court is to consider whether "one individual's action has ... obtained a decision providing substantial pecuniary benefits to other persons ...." *Id.* ¶ 26. In such instances, "the trial court determines whether the interests of justice require those who received a benefit to contribute to the legal expenses of those who secured the benefit." *Pipefitters Local No. 636 Defined Benefit Plan v. Oakley, Inc.*, 104 Cal. Rptr. 3d 78, 81 (App. 2010). Underlying the rule is the broad equitable principle "of encouraging persons acting in good faith in the interests of an incompetent ...." *Moylan III*, 2018 Guam 8 ¶ 28.

Richard has undoubtedly conferred a "substantial benefit" on the Wards through his litigation efforts that resulted in reversing "the trial court's determination that Princess be transferred 'whatever fee interest the Wards' [sic] held in Princess's current residential property.'" *Moylan II*, 2017 Guam 28 ¶ 23 (citing Dec. & Order, Dec. 1, 2015). The Wards are clearly

ORIGINAL

identifiable and plainly benefited from their Estate retaining the title to Lot No. 2053A-3-1 located in Maite, Guam and nullifying an alleged conveyance that violated the Statute of Frauds. The reasonable attorney's fees expended by Richard in his effort to have the property returned are therefore properly shifted to the Wards.

As for Richard's efforts in recovering shareholder loans payable to the Wards, *Moylan II* upheld the trial court's determination that it would be futile to decide the loan issue. 2017 Guam 28 ¶ 38. As a result, the portion of the Findings of Fact that found F.L. Moylan Corp. owed the Wards $1,983,772.75 was effectively vacated. *See id.* ¶ 38 (citing *In re Moylan*, 2011 Guam 16 ¶¶ 56–59 and Finds. Fact & Concl. L., (Nov. 10, 2008)). Accordingly, since the Wards do not stand to recover any funds from Richard's litigation efforts, the Court does not find that the efforts on the loans conferred a "substantial benefit" on the Wards.

### C. Award of Attorney's Fees

The U.S. Supreme Court has found that "[t]he most useful starting point for determining the amount of a reasonable fee is the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate." *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983). This is known as the "lodestar figure," which is a "presumptively reasonable fee." *Gonzalez v. City of Maywood*, 729 F.3d 1196, 1202 (9th Cir. 2013). Under the lodestar method, the court calculates the fee award by multiplying the number of hours reasonably spent by a reasonable hourly rate. *Paul, Johson, Alston & Hunt v. Graulty*, 886 F.2d 268, 272 (9th Cir.1989). The court may then adjust the lodestar figure upward or downward based on the factors outlined in *Kerr* that are not subsumed in the lodestar calculation.[1] *Gonzalez*, 729 F.3d at 1202.

---

[1] The *Kerr* factors are as follows: (1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the legal service properly; (4) the preclusion of other employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the


ORIGINAL

## 1. The Applicable Rate

Attorney Moylan seeks approval for an hourly rate of $300. In determining a reasonable hourly rate, courts look to the prevailing rate in the community. *Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984). A $300 hourly rate is not uncommon in Guam. *See, e.g., Gange et al. v. Gov't of Guam*, CV1461-10 (Dec. and Order at 19 (July 22, 2015) (approving a $300 hourly rate)); *Palmer v. Mariana Stones Corp.*, CV0709-13 (Dec. and Order (Dec. 17, 2018) (approving hourly rates between $200 and $400)).

The Court agrees with Attorney Moylan that the work for these cases has been complex. The issues have been wide-ranging and of first impression for the Guam courts. It also agrees that the $300 hourly rate is comparable to the rate utilized by the ward's Guardian Ad Litem and community rates. The Court therefore approves Attorney Moylan's requested hourly rate of $300.

## 2. The Number of Hours

Time is reasonably expended on the litigation when it is "useful and of a type ordinarily necessary to secure the final result obtained from the litigation." *Webb v. Bd. Of Educ. of Dyer County*, 471 U.S. 234, 242 (1985). Counsel has the burden to demonstrate that the number of hours spent was reasonably necessary to the litigation. *Hensley*, 461 U.S. at 437. Further, counsel bears the burden of submitting detailed time records justifying the hours claimed to have been expended. *Id.* The court may reduce hours where documentation of the hours is inadequate; if the case was overstaffed and hours are duplicated; if the hours expended are deemed excessive or otherwise unnecessary. *Id.* at 433-34. The court may also reduce hours

---

professional relationship with the client; and (12) awards in similar cases. *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 70 (9th Cir. 1975), *cert. denied*, 425 U.S. 950 (1976).


ORIGINAL

unreasonably spent, or where excessive time is spent on a particular task, or where there is redundant and/or ambiguity in the billing. *Id.*

The Court has reviewed Attorney Moylan's time records which span twelve years of legal work. The time records do not segregate the time he expended on the litigation efforts that resulted in the return of the TCDs to the Wards or his efforts that resulted in the retention of the title to the residential property occupied by Princess. Instead, he provides the Court with a linear breakdown of all fees and costs expended in all matters related to the Guardianship of Yuk Lan Moylan. The Limited Guardian objects, arguing that Attorney Moylan may recover fees only for time reasonably incurred for the substantial benefit of the Ward.

The Court agrees with the Limited Guardian and shall only award fees for work that can be attributed to efforts to return the TCDs or the property. In carefully reviewing the time records, the Court finds four categories of hours billed relating to the TCDs and the property: (1) work done solely on recovering the TCDs; (2) work done solely on the issue of transfer of property to Princess; (3) general guardianship litigation; and (4) work done on CVA2015-030 (which resulted in *Moylan II*). The Court's review of the time records is attached hereto as Addendum A.

For categories one and two, the Court is satisfied that the description of the services rendered is sufficient to apportion the hours to work done on either the return of the TCDs or in transferring the title. The Court finds that Attorney Moylan spent a total of 171.8 hours on work done solely on recovering the TCDs. For work done solely on the transfer of the title to Princess's residential property back to the Wards, the Court finds that Attorney Moylan spent a total of 56.35 hours.

ORIGINAL

For category three, the Court finds that Attorney Moylan spent time working on the TCDs and property transfer issues in association with general guardianship litigation work before the issuance of *Moylan I*. Specifically, Attorney Moylan billed time related to his appearances at hearings and the trial, preparing motions, responding to motions, and working on the appeal leading up to *Moylan I*. In total, the Court finds that Attorney Moylan spent a total of 857.15 hours on these issues. Because the recovery of the TCDs and the transfer of property only made up a portion of the issues covered in *Moylan I*, the Court finds it reasonable to reduce the hours by 50%. Accordingly, the Court finds that Attorney Moylan spent a total of 428.58 hours working on the TCDs and property transfer that is enveloped in the time billed for general guardianship litigation prior to the issuance of *Moylan I*. The Court also finds it reasonable to apportion the time equally between work done on the TCDs and work done on the property transfer. Of the 428.58 hours, the Court apportions 214.29 hours to each task.

Lastly, for category four, the Court finds that Attorney Moylan spent 91.45 hours on work related to CVA2015-030. Similar to category three, CVA2015-030 concerned multiple issues-- namely, the transfer of the title to the property and whether F.L. Moylan Company owed the wards $1,983,772.75. Since the Court is only awarding Attorney Moylan for work done on the property transfer, the Court finds it reasonable to reduce the hours in this category by 50%. Accordingly, the Court finds that Attorney Moylan spent a total of 45.73 hours working on the property transfer that is enveloped in the time billed for work related to CVA2015-030.

In sum, the Court finds that Attorney Moylan spent 386.09 hours on litigation efforts that resulted in the return of the TCDs to the Wards. At a rate of $300 per hour, the Court awards $115,827 in attorney's fees. The Court further finds that Attorney Moylan spent 316.37 hours on litigation efforts that resulted in transferring Princess's residential property back to the Wards. At


ORIGINAL

a rate of $300 per hour, the Court awards $94,911 in attorney's fees. In total, the Court finds Richard entitled to an attorney's fee award of $210,738.00.

### 3. Interest

Attorney Moylan asks that the payment of attorney's fees not be required until after Mrs. Moylan passes but before the guardianship case closes. He also asks that statutory interest be applied, though he does not identify which statute applies.

Section 47106 of Title 18 of the Guam Code Annotated provides a 6% annual interest rate upon the rendering of a judgment. The Limited Guardian opposes the imposition of interest but does not explain why section 47106 fails to apply to an attorney's fee award. While no Guam Supreme Court case touches upon the applicability of statutory interest to an attorney's fee award, other jurisdictions find that attorney's fee awards are indistinct from damages awards when it comes to post-judgment interest. *MidAmerica Fed. Sav. & Loan Ass'n v. Shearson/American Exp., Inc.*, 962 F.2d 1470, 1476 (9th Cir. 1992); *Associated Gen. Contractors of Ohio, Inc. v. Drabik*, 250 F.3d 482, 494-95 (6th Cir. 2001).

While Attorney Moylan asks that the Court permit the delayed payment of the attorney's fee award on the condition of the assessment of interest, a delay of payment of fees may still be to the detriment of the ward. The Court does not have enough information as to whether the ward will incur a greater loss by the immediate withdrawal of the attorney's fees amount or by the delayed payment with interest paid upon the ward's passing. Now that the parties have the Court's calculation of awarded fees, the Court asks the Limited Guardian and Attorney Moylan to brief whether the immediate payment of attorney's fees causes a greater detriment to the estate rather than a delayed payment with interest.


ORIGINAL

### D. Attorney Moylan's Request for Costs

Attorney Moylan asks for costs, including for filing fees and research. Under CVR 54.1, an application for costs is first submitted to the Clerk of Court, who then taxes costs in accordance with that rule. An application may be filed by the prevailing party within thirty days after the entry of judgment.

The Court will issue a Judgment awarding attorney's fees upon finalizing the interest issue discussed above. By the discussion herein, Richard Moylan is deemed to be the prevailing party on the TCD issue and the property transfer issue. When the Judgment is issued, Attorney Moylan may apply for costs related to these issues as set forth in CVR 54.1.

## III. Conclusion

The Court finds that Richard is entitled to an attorney's fee award of $210,738.00. Within thirty days of this Decision and Order, the parties may submit a brief on the issue of whether the ward's estate will suffer a greater detriment if immediate payment of the award is ordered versus payment of the award plus interest paid upon the ward's passing.

SO ORDERED this 15th day of June 2021.

_____
HON. ELYZE M. IRIARTE
**Judge, Superior Court of Guam**


Attachment: Addendum A

Appearing Attorneys:
Jacqueline Taitano Terlaje, Esq., Law Office of Jacqueline Taitano Terlaje, for Petitioner Lina Leialoha M. Alston
Douglas B. Moylan, Esq., Law Offices of Douglas B. Moylan, and Gary Wayne Francis Gumataotao, Esq., Law Offices of Gumataotao & Pole, P.C., for Richard E. Moylan



| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| **WORK SPECIFICALLY RELATED TO THE RECOVERY OF THE LIFE SAVINGS/TCDS** | | | |
| 5/22/2007 | Open file, discussion client and fact / expert witness Scott Moylan (whistleblower) re: facts regarding theft of depositors life savings, create file notes | 4.75 | $ 1,425.00 |
| 5/23/2007 | Research guardianship statutes & cases, create notes, interview Scott Moylan (whistleblower) re: financials & bank procedures, discuss reporting to Bank Chairman | 3.15 | $ 945.00 |
| 5/27/2007 | Review file, communications with public guardian John Weisenberger re: reporting possible elderly financial abuse & protection of Francis & Yuk Lan Moylan | 1.50 | $ 450.00 |
| 5/31/2007 | Communication fact / expert witness Scott Moylan (whistleblower) (whistleblower) re: financial information supporting CPS complaint, review file docs., craete file notes | 1.00 | $ 300.00 |
| 6/6/2007 | Meeting and communication fact / expert witness Scott Moylan (whistleblower) re: financial information supporting CPS complaint & to seek return deposits, review file docs., create file notes | 4.00 | $ 1,200.00 |
| 6/11/2007 | Review file docs., communicate Public Guardian Weisenberger re: elderly financial abuse | 0.75 | $ 225.00 |
| 6/19/2007 | Prepare for and meeting with FLM & YLM at residence re: taking of life savings deposits from CSB TCD account; create file notes, review file docs. | 1.40 | $ 420.00 |
| 6/21/2007 | Research financial docs. and interview fact / expert witness Scott Moylan (whistleblower) to seek return deposits, create file notes | 2.00 | $ 600.00 |
| 6/22/2007 | Review guardianship petition Alston & Jr. for FLM, SP104-07, note no mention of life savings taken from ward; create file notes | 1.15 | $ 345.00 |
| 6/22/2007 | Review guardianship petition Alston & Jr. for YLM, SP107-07, note no mention of life savings taken from ward; create file notes, communicate fact / expert witness Scott Moylan (whistleblower) to seek return deposits | 2.00 | $ 600.00 |
| 7/20/2007 | Prepare for hearing, consult with fact / expert witness Scott Moylan (whistleblower), create flow chart funds, research, work on witness list, work on questions outline | 1.50 | $ 450.00 |
| 8/7/2007 | Communication Public Guardian Weisenberger re: getting Wards' money returned, review file docs., create file notes | 1.25 | $ 375.00 |
| 8/27/2007 | Meeting Scott Moylan (whistleblower) re: FDIC complaint to get deposits returned, research banking regs. | 1.50 | $ 450.00 |
| 8/12/2007 | Research financial facts with witness in preparing statement of objection in 4 guardianship cases, disclosure of taking of life savings; research law & authority; work on drafts; communications fact / expert witness Scott Moylan (whistleblower) | 6.00 | $ 1,800.00 |
| 8/14/2007 | Review CSB Atty. McCully letter dtd. 8/13/07, consult Atty. Van de veld as co-counsel, discuss case facts, law & strategy; review available file documents, create file notes; communications expert / fact witness Scott Moylan (whistleblower), notify hearing | 2.00 | $ 600.00 |
| 8/16/2007 | Communications Scott Moylan (whistleblower) re: hearing preparations, work on CSB questions, review file, create file notes | 2.00 | $ 600.00 |
| 8/17/2007 | Finalize objection to CSB Objection to Dolores Field *subpoena duces tecum* SP111-07 | 4.75 | $ 1,425.00 |
| 8/18/2007 | Communication Atty. Joyce Tang re: subpoenas, create file notes; communications fact / expert witness Scott Moylan (whistleblower) re: trial preparations re: understanding TCD movements from Wards' ownership | 2.50 | $ 750.00 |
| 8/25/2007 | Research, issue letter to CSB Atty. McCully re: production of financial deposit doucments | 2.40 | $ 720.00 |

ORIGINAL

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 8/25/2007 | Research law enforcement agencies to secure return of Wards' life savings deposits, research Federal & local regulations | 3.75 | $ 1,125.00 |
| 8/26/2007 | Review file docs., meeting client re: submitting Banking Commissioner complaint; meeting Scott Moylan (whistleblower) re: FDIC complaint, research, work on complaints | 2.50 | $ 750.00 |
| 8/27/2007 | Communication FDIC re: embezzlement depositors' funds at CSB, review file docs., create file notes | 1.00 | $ 300.00 |
| 8/27/2007 | Work on Dept. Rev & Taxation Banking Commissioner complaint form re: investigating & forcing return of Wards' life savings, work on CD transfer documents; communications with fact / expert witness Scott Moylan (whistleblower) | 3.00 | $ 900.00 |
| 8/27/2007 | Work on FDIC re: investigating & forcing return of Wards' life savings, work on CD transfer documents; communications with fact / expert witness Scott Moylan (whistleblower) | 3.00 | $ 900.00 |
| 8/29/2007 | Review CSB Atty. McCully letter, review file docs, create file notes | 0.50 | $ 150.00 |
| 8/29/2007 | Review file docs., communications Scott Moylan (whistleblower) re: FDIC complaint, production of financial documents | 0.75 | $ 225.00 |
| 8/30/2007 | Review file, work on supplemental DRT letter re: return of Wards' wrongfully taken deposits | 2.00 | $ 600.00 |
| 8/30/2007 | Review file, work on response letter to CSB Atty. McCully | 1.50 | $ 450.00 |
| 8/31/2007 | Review file docs., work on complaint letter to FDIC and FDIC regional office Stan Ivie, communications whistleblower Scott Moylan re: return Wards' wrongly taken deposits | 1.75 | $ 525.00 |
| 8/31/2007 | Review file docs., letter to CSB Atty. McCully | 1.50 | $ 450.00 |
| 8/31/2007 | Review CSB Atty. McCulley reply letter, review file docs., create file notes | 0.75 | $ 225.00 |
| 9/6/2007 | Review file docs., follow up letter with FDIC, create file notes | 1.25 | $ 375.00 |
| 9/7/2007 | Work on subpoena duces tecum for Pauline San Agustin re: financial info from CSB of deposits taken from F.L. & Yuk Lan Moylan, guardianship hearing, review file docs., SP110-07, fax to CSB Atty. McCully courtesy copy, fax Atty. Tang courtesy copy | 1.40 | $ 420.00 |
| 9/10/2007 | Review declaration of service filed by process server for subpoena duces tecum upon CSB Pauline San Agustin, SP110-07 | 0.25 | $ 75.00 |
| 9/10/2007 | Review FDIC letter, review file docs., create file notes, communication whistleblower Scott Moylan | 0.75 | $ 225.00 |
| 9/11/2007 | Prepare amended subpoena duces tecum CSB Pauline San Agustin re: financials showing taking life savings from F.L. & Yuk Lan Moylan, review file docs., guardianship hearing, SP110-07 | 0.75 | $ 225.00 |
| 9/11/2007 | Review declaration of service filed by process server for amended subpoena duces tecum upon CSB Pauline San Agustin, SP110-07, create file notes | 0.50 | $ 150.00 |
| 9/11/2007 | Work on letter to DRT Juan Carlos Banking Commissioner re: securing return of Wards' wrongly taken deposits, review file docs., create file notes | 1.00 | $ 300.00 |
| 9/17/2007 | Review file docs., draft letter client re: DRT Juan Carlos re: investigation and return of Wards wrongly taken deposits | 1.00 | $ 300.00 |
| 9/17/2007 | Communication Atty. Beggs re: following up on financial docs., review file docs., create file notes | 0.75 | $ 225.00 |
| 9/18/2007 | Review file docs., letter to DRT Artemio Ilagan re: investigation and return of Wards wrongly taken deposits, supplemental submission, create file notes | 2.00 | $ 600.00 |
| 9/19/2007 | Review file docs., supplement letter to FDIC additional documents, create file notes re: return of deposits wrongly taken from Wards | 1.50 | $ 450.00 |

ORIGINAL

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 9/26/2007 | Review file docs., review CSB Frank Remo letter re: suspicious activity report on wrongful taking of wards deposits | 1.00 | $ 300.00 |
| 10/1/2007 | Review file docs., letter to DRT Banking Commissioner Artemio Ilagan re: CSB Remo suspicious activity report on investigation and return of Wards wrongly taken deposits, supplemental submission, create file notes | 1.50 | $ 450.00 |
| 10/1/2007 | Review file docs., letter to FDIC re: CSB Remo suspicious activity report on investigation and return of Wards wrongly taken deposits, supplemental submission, create file notes | 1.50 | $ 450.00 |
| 10/9/2007 | Review file docs., letter w/ attachments update Banking Commissioner Ilagan re: return of Wards' deposits wrongly taken from them, create file notes | 1.50 | $ 450.00 |
| 10/9/2007 | Review file docs., draft letter to CSB Atty. McCully re: *subpoena duces tecum* Wards' financial records dispute charges, request waiver re: return of Wards' deposits wrongly taken from them, review file docs., create file notes | 1.50 | $ 450.00 |
| 10/9/2007 | Review Atty. McCully letter re: CSB Atty. McCully *subpoena duces tecum* Wards' financial records dispute charges, request waiver re: return of Wards' deposits wrongly taken from them, review file docs., create file notes, consult with client | 0.75 | $ 225.00 |
| 10/10/2007 | Review file docs., letter to FDIC Office Inspector General & Stan Ivie (regional director) re: supplemental docs. to investigation and return of Wards wrongly taken deposits, create file notes | 1.50 | $ 450.00 |
| 10/10/2007 | Review letter CSB Atty. McCully re: subpoena duces tecum, review file docs., create file notes | 0.50 | $ 150.00 |
| 10/11/2007 | Review file docs., draft letter to CSB Atty. McCully re: *subpoena duces tecum* Wards' financial records re: return of Wards' deposits wrongly taken from them, review file docs., create file notes | 1.50 | $ 450.00 |
| 10/12/2007 | Prepare for & attend hearing re: financials, research, work on witness question, review Court notes, create file notes, calendar case | 1.25 | $ 375.00 |
| 10/13/2007 | Review file docs. re: CSB subpoena duces tecum, draft letter to CSB Atty. McCully re: production of financial documents | 1.25 | $ 375.00 |
| 10/16/2007 | Consult with expert witness in advance of motion to use Wards' life savings, prepare for motions hearing | 1.75 | $ 525.00 |
| 10/16/2007 | Review file, draft letter to CSB Atty. McCully re: costs of financial records documents showing wrongful taking Wards' deposits for CSB *subpoena duces tecum*, create file notes | 1.00 | $ 300.00 |
| 10/16/2007 | Review CSB Atty. McCully reply letter, review file docs., create file notes | 0.40 | $ 120.00 |
| 10/17/2007 | Work on opposition to *ex parte* motion to use Wards' life savings | 2.75 | $ 825.00 |
| 10/21/2007 | Review financials from CSB, work on outline props for hearing, work on notes | 4.75 | $ 1,425.00 |
| 10/24/2007 | Review file, letter to Atty. Civille re: diminishing accounts containing life savings of Wards; trace TCD accounts and balances for letter | 1.25 | $ 375.00 |
| 12/4/2007 | Follow up letter with Banking Commissioner re: complaint to have wrongly taken funds returned to Wards, review file docs. | 0.75 | $ 225.00 |
| 12/4/2007 | Email to Atty. Unpingco re: position to be taken to recover Wards' wrongly taken life savings, review file documents, create file notes; fax Atty. Unpingco Alston declaration | 0.75 | $ 225.00 |
| 12/6/2007 | Review FDIC letter re: status of complaint to recover Wards' funds wrongly taken, create file notes, review file docs.; reply to FDIC Page | 1.40 | $ 420.00 |
| 12/17/2007 | Review file, draft letter to DRT Juan Carlos re: following up on earlier correspondences to recover Wards' deposits at CSB, create file notes | 1.00 | $ 300.00 |

ORIGINAL

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 12/27/2007 | Follow up Banking Commissioner Ilagan complaints to recover funds for Wards, draft letter to Banking Commissioner, review file docs. earlier transmitted letters | 1.25 | $ 375.00 |
| 12/27/2007 | Review Banking Commissioner letter, review file docs., create file notes, research | 0.50 | $ 150.00 |
| 1/27/2008 | Review FDIC communication, review file docs., contact client, create file notes | 0.50 | $ 150.00 |
| 1/28/2008 | Review file docs., draft letter to FDIC Parkerson, provide attachments re: investigation and compel return of Wards' deposits / life savings | 2.00 | $ 600.00 |
| 2/11/2008 | Review FDIC letter, review file docs., create file notes | 0.75 | $ 225.00 |
| 3/26/2008 | Review file docs., draft letter to FDIC Patterson re: recovery of Wards' deposits wrongly taken from them | 1.00 | $ 300.00 |
| 3/31/2008 | Review Bank of Guam reply letter re: TCDs and account holders names re: trial preparations, review file docs. | 1.00 | $ 300.00 |
| 4/7/2008 | Review file docs., draft letter to CSB Atty. McCully re: obtaining Wards' records from CSB records based upon Court orders | 1.15 | $ 345.00 |
| 4/9/2008 | Review CSB Atty. McCully letter re: Wards' account information by co-guardian R. Moylan, review file docs., create file notes, inform client | 0.75 | $ 225.00 |
| 11/21/2008 | Review oppositions' notice of deposits of funds into joint account (Totten trust acct.) w/ caregiver's, research motion to compel to stop & reverse, work on outline, review file docs. | 4.00 | $ 1,200.00 |
| 11/22/2008 | Work on motion to compel re: removal of names of caregivers from Wards' accounts containing life savings, review file docs., research | 2.50 | $ 750.00 |
| 11/23/2008 | Work on motion to compel re: removal of names of caregivers from Wards' accounts containing life savings, review file docs., research | 4.75 | $ 1,425.00 |
| 11/24/2008 | Finalize motion to compel re: removal of names of caregivers from Wards' accounts containing life savings, review file docs., research | 2.50 | $ 750.00 |
| 10/8/2010 | Review file docs. re: life savings and real property house appeal & cross-appeal issues, research, work on outline opening brief in Supreme Court of Guam Case CVA2008-016, research, review lower court documents | 4.75 | $ 1,425.00 |
| 10/10/2010 | Research re: life savings, and real property house appeal & cross-appeal issues, research cases & statutes, work on drafting opening brief in Supreme Court of Guam Case CVA2008-016, review lower court documents | 5.50 | $ 1,650.00 |
| 10/13/2010 | Review file docs. re: life savings, real property house appeal, work on outline opening brief in Supreme Court of Guam Case CVA2008-016, research | 3.40 | $ 1,020.00 |
| 11/6/2010 | Work on drafting opening brief sections pertaining to life savings, real property house appeal in Supreme Court of Guam Case CVA2008-016, research | 4.15 | $ 1,245.00 |
| 11/10/2010 | Finalize & proof read opening brief re: life savings and house, and excerpts of record in Supreme Court of Guam Case CVA2008-016, efile & secure and save efile receipts | 3.40 | $ 1,020.00 |
| 12/14/2010 | Review opposition's opening brief, research case authority re: taking of Wards' life savings and house in Supreme Court of Guam Case CVA2008-016, research | 2.40 | $ 720.00 |
| 12/15/2010 | Review opposition's opening brief & excerpts record, research case authority re: taking of Wards' life savings and house in Supreme Court of Guam Case CVA2008-016, research, work on reply outline | 4.75 | $ 1,425.00 |
| 1/4/2011 | Work on appellate opposition & reply brief re: taking of Wards' life savings and house in Supreme Court of Guam Case CVA2008-016, research, work on supplemental excerpts | 3.50 | $ 1,050.00 |

ORIGINAL

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 1/11/2011 | Work on appellate opposition & reply brief re: taking of Wards' life savings and house in Supreme Court of Guam Case CVA2008-016, research, work on supplemental excerpts | 2.50 | $ 750.00 |
| 1/12/2011 | Finalize opposition and reply & supplemental excerpts to Atty. Civille's brief re: life savings and house in Supreme Court of Guam Case CVA2008-016 | 4.00 | $ 1,200.00 |
| 1/27/2011 | Review opposition brief re: taking Wards' life savings and house, research, prepare for oral argument in Supreme Court of Guam Case CVA2008-016 | 2.50 | $ 750.00 |
| | **TOTAL FEES INCURRED ON THE ISSUE OF RECOVERY OF WARDS' LIFE SAVINGS/TCDs** | **171.80** | **$ 51,540.00** |
| | (Recovery at 100% of time billed) | | |
| | **WORK DONE SOLELY ON THE ISSUE OF THE TRANSFER OF THE WARDS' PROPERTY** | | |
| 12/17/2011 | Review motion to transfer property (Alston house claim), review file docs., research, work on outline for opposition, review declarations Alston and Tang | 5.50 | $ 1,650.00 |
| 12/18/2011 | Work on opposition motion to transfer property (Alston house claim), research | 3.40 | $ 1,020.00 |
| 12/19/2011 | Work on opposition motion to transfer property (Alston house claim), research; review file docs., review Supreme Court of Guam decision | 3.00 | $ 900.00 |
| 12/20/2011 | Draft opposition to motion to transfer property (Alston house claim), meeting with client, research | 2.40 | $ 720.00 |
| 12/21/2011 | Finalize opposition to motion to transfer property (Alston house claim), review file docs., research | 3.00 | $ 900.00 |
| 1/24/2012 | Review Dr. Ashe report re: Alston house dispute, create file notes, review file docs. | 1.00 | $ 300.00 |
| 1/28/2012 | Work on opposition to L. Alston claim for house; research, review file docs., drafting | 3.00 | $ 900.00 |
| 1/29/2012 | Work on opposition to L. Alston claim for house; research, review file docs., drafting, review exhibits | 3.40 | $ 1,020.00 |
| 2/2/2012 | Finalize opposition to L. Alston claim for house; review file docs., create file notes | 4.15 | $ 1,245.00 |
| 12/20/2015 | Research possible appeal basis for house, review file docs., create file notes | 2.00 | $ 600.00 |
| 1/31/2016 | Work on appellate opening brief re: house issue, research | 4.50 | $ 1,350.00 |
| 8/9/2016 | Review file docs., work on review docket list, work on appellate brief re: house loan; Supreme Court of Guam CVA2015-030 | 3.75 | $ 1,125.00 |
| 3/18/2017 | Work on appellate brief & excerpts of record re: house appeal, research, Supreme Court of Guam CVA2015-030 | 4.75 | $ 1,425.00 |
| 4/8/2017 | Work on appellate brief & excerpts of record re: house appeal, research, Supreme Court of Guam CVA2015-030 | 6.50 | $ 1,950.00 |
| 6/10/2017 | Work on reply brief & excerpts of record re: house appeal, review opposition's opening brief, drafting research, Supreme Court of Guam CVA2015-030 | 4.00 | $ 1,200.00 |
| 6/18/2017 | Work on reply brief & excerpts of record re: house appeal, review opposition's opening brief, drafting research, Supreme Court of Guam CVA2015-030 | 2.00 | $ 600.00 |
| | **TOTAL FOR WORK DONE SOLELY ON THE ISSUE OF THE PROPERTY TRANSFER** | **56.35** | **$ 16,905.00** |

ORIGINAL

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| | (Recovery at 100% of time billed) | | |
| **GENERAL GUARDIANSHIP WORK PRECEDING 2011 GUAM 8** | | | |
| 6/2/2007 | Consult Atty. Van de veld as co-counsel, discuss case facts, law & strategy; review available file documents, create file notes | 2.40 | $ 360.00 |
| 6/22/2007 | Review guardianship petitions: Kurt Moylan for FLM, SP105-07, note no mention of life savings taken from ward; create file notes | 1.00 | $ 150.00 |
| 6/22/2007 | Review guardianship petitions: Kurt Moylan for YLM, SP106-07, note no mention of life savings taken from ward; create file notes | 0.75 | $ 112.50 |
| 6/22/2007 | Review / research Guardianship Code | 0.50 | $ 75.00 |
| 6/23/2007 | Review guardianship Jr. Moylan for FLM, email Atty. Tang re: her ex parte application, create file notes; | 1.15 | $ 172.50 |
| 6/23/2007 | Review guardianship Jr. Moylan for YLM, create file notes | 0.75 | $ 112.50 |
| 6/23/2007 | Conversation client re: 4 guardianship cases | 0.50 | $ 75.00 |
| 6/23/2007 | Research guardianship statutes, create notes | 1.00 | $ 150.00 |
| 6/23/2007 | Work on petitions, notice, proposed order, proposed letters of guardianship, and civil docketing statement re: disclosing taking funds from F.L. and Yuk Lan Moylan, and opposing 4 guardianship petitions that seek to keep life savings from Wards, research, interview Scott Moylan (whistleblower) | 4.75 | $ 712.50 |
| 6/24/2007 | Research guardianship statutes, create notes, research guardianship code, review file docs., communicate Public Guardian Weisenberger, create file notes | 3.50 | $ 525.00 |
| 6/24/2007 | Work on petitions, notice, proposed order, proposed letters of guardianship, and civil docketing statement to confront guardianships seeking to keep F.L. and Yuk Lan Moylan life savings, research, interview Scott Moylan (whistleblower) | 3.00 | $ 450.00 |
| 6/25/2007 | Prepare entry of appearance SP104-07, review file docs. | 0.50 | $ 75.00 |
| 6/25/2007 | Prepare entry of appearance for SP105-07, review file docs. | 0.50 | $ 75.00 |
| 6/25/2007 | Prepare entry of appearance for SP106-07, review file docs. | 0.50 | $ 75.00 |
| 6/25/2007 | Prepare entry of appearance for SP107-07, review file docs. | 0.50 | $ 75.00 |
| 6/25/2007 | Work on drafting petitions SP110-07 and SP111-07, notice, proposed order, proposed letters of guardianship, and civil docketing statement re: confronting guardianship petitions seeking to keep life savings from F.L. & Yuk Lan Moylan; interview Scott Moylan (whistleblower), review file docs., communications Adult Protective Services Social Worker James Smits re: investigation & return of Wards' life savings, review & reply Atty. Tang email re: assignment of case, service of client R. Moylan; prepare for guardianship hearing; review file docs. re: letter to Public Guardian re: theft of over $1.5M life savings; email Public Guardian Weisenberger & APS social worker Smits; research | 5.75 | $ 862.50 |
| 6/26/2007 | Finalize drafting petitions SP110-07 and SP111-07, notice, proposed order, proposed letters of guardianship, and civil docketing statement re: confronting guardianship petitions seeking to keep life savings from F.L. & Yuk Lan Moylan, research, conversations Scott Moylan (whistleblower) & client | 3.75 | $ 562.50 |

ORIGINAL

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 6/26/2007 | Review declaration service from opposition SP107-07, review file docs., create file note | 0.50 | $ 75.00 |
| 6/26/2007 | Review opposition's erratum in SP105-07, SP106-07, review file docs., call to client, create file notes | 0.50 | $ 75.00 |
| 6/26/2007 | Prepare notice of related cases for SP104-07, review file docs. | 0.50 | $ 75.00 |
| 6/26/2007 | Prepare notice of related cases for SP105-07, review file docs. | 0.50 | $ 75.00 |
| 6/26/2007 | Prepare notice of related cases for SP106-07, review file docs. | 0.50 | $ 75.00 |
| 6/26/2007 | Prepare notice of related cases for SP107-07, review file docs. | 0.50 | $ 75.00 |
| 6/26/2007 | Review Atty. Tang email, reply, review file, create file notes re: service docs., fax Atty. Tang docs. related to guardianship petitions challenge re: theft; communications Public Guardian Weisenberger & APS James Smits | 0.75 | $ 112.50 |
| 6/26/2007 | Review opposition's declaration service upon Yuk Lan Moylan SP107-07, create file notes | 0.50 | $ 75.00 |
| 6/27/2007 | Review file docs., prepare for hearing | 1.25 | $ 187.50 |
| 6/28/2007 | Communication fact / expert witness Scott Moylan (whistleblower) re: financial information supporting CPS complaint, review file docs.. prepare for hearing, create file notes, research guardianship code | 1.50 | $ 225.00 |
| 6/29/2007 | Communication Atty. Tang re: resolution case theft life savings, prepare for trial, research, work on trial outline, create file notes | 2.00 | $ 300.00 |
| 7/11/2007 | Review file docs., communication Atty. Tang re: objections by opposition, create file notes | 0.25 | $ 37.50 |
| 7/12/2007 | Review Atty. Civille letter re: objections and scheduling hearings, create file notes, review file docs. | 0.40 | $ 60.00 |
| 7/13/2007 | Review file, letter to Atty. Civille re: various case issues, consult fact / expert witness Scott Moylan (whistleblower) | 1.40 | $ 210.00 |
| 7/25/2007 | Conversations Public Guardian Weisenberg & APS social worker James Smitts, create file notes, work on Petition strategy | 1.15 | $ 172.50 |
| 7/30/2007 | Communications Atty. Tang, work on settlement meeting, judicial assignments, review file docs., create file notes | 1.00 | $ 150.00 |
| 8/1/2007 | Review Atty. Tang stipulation, review file docs., create file notes | 0.75 | $ 112.50 |
| 8/2/2007 | Work on witness list, contact Frank Remo re: financial transactions, revfiew file docs., prepare for guardianship trial, create file notes | 1.25 | $ 187.50 |
| 8/3/2007 | Review Court notice of hearing before Judge Sukola SP111-07, review file docs., call to client | 0.50 | $ 75.00 |
| 8/5/2007 | Review file, work on notice of hearing to opposing counsels SP111-07 | 0.50 | $ 75.00 |
| 8/6/2007 | Work on objection to guardianships, call to client, research | 3.50 | $ 525.00 |
| 8/6/2007 | Communications Atty. Tang re: stipulation corrections, review file docs., create file notes | 1.00 | $ 150.00 |
| 8/7/2007 | Work on Certificates of petitioner in SP110-07, conversation client | 2.00 | $ 300.00 |
| 8/8/2007 | Review file docs., work on letter to Atty. Civille re: upcoming guardianship hearing | 1.25 | $ 187.50 |
| 8/8/2007 | Meeting co-counsel preparation trial, notify fact / expert witness Scott Moylan (whistleblower) noticed hearing, communications with Scott re: drafting CSB subpoenas duces tecum of financial records in preparation for hearing, notify Public Guardian Weisenberger of hearing date/time | 3.75 | $ 562.50 |
| 8/9/2007 | Conversation CSB Dolores Field, review CSB Field letter, review file docs., work on reply letter re: subpoena duces tecum, create file notes, consult with fact/ expert witness Scott Moylan (whistleblower) | 1.75 | $ 262.50 |

ORIGINAL

7

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 8/9/2007 | Trial preparation, review file documents, contact witnesses, conversation Scott Moylan (whistleblower), work on exhibit list, work on trial outline | 2.00 | $ 300.00 |
| 8/8/2007 | Finalize certificates of petitioner in SP110-07, prepare for guardianship hearing SP111-07 before Judge Sukola, prepare subpoena Dolores Field, review file docs. | 2.75 | $ 412.50 |
| 8/9/2007 | Review file docs., review subpoena CSB, prepare for hearing SP111-07 | 2.15 | $ 322.50 |
| 8/10/2007 | Review CSB Pres. Butterfield letter, review file docs., work on reply letter re: subpoena duces tecum, create file notes, consult with fact/ expert witness Scott Moylan (whistleblower) | 1.50 | $ 225.00 |
| 8/11/2007 | File review & case preparation 6 guardianship cases, create file notes; communications fact / expert witness Scott Moylan (whistleblower) | 4.50 | $ 675.00 |
| 8/13/2007 | Review notice of hearing in SP107-07, create file notes, contact client | 0.50 | $ 75.00 |
| 8/13/2007 | Finalize statement of objection for SP105-07 | 1.50 | $ 225.00 |
| 8/13/2007 | Finalize objections to guardianship in SP104-07 | 1.25 | $ 187.50 |
| 8/13/2007 | Finalize objections to guardianship in SP106-07 | 1.00 | $ 150.00 |
| 8/13/2007 | Finalize objections to guardianship in SP107-07 | 1.00 | $ 150.00 |
| 8/13/2007 | Work on drafting statement of object for Court, research, communications client; review Atty. Tang letter re: ex parte application, communication Public Guardian Weisenberger | 3.50 | $ 525.00 |
| 8/14/2007 | Review opposition's ex parte motion to shorten time & motion to consolidate cases, notice of motion to shorten time, legal memorandum in support, review declaration of Atty. Tang, review proposed order; research authority, review pleadings, create file notes, consult client | 3.40 | $ 510.00 |
| 8/14/2007 | Research & finalize draft opposition to motion to ex parte shorten time & motion to consolidate; work on opposition to ex parte motion, research, call to client & witness Scott Moylan (whistleblower), have him review financials on drafts; letter to Atty. Tang re: forum shopping, setting hearing schedules; communication Public Guardian Wisenberger re: notice guardianship hearing | 4.00 | $ 600.00 |
| 8/15/2007 | Review ex parte notice opposing counsel for hearing on motion to consolidate, calendar, create file note, advise client; finalize drafting opposition to ex parte motion, prepare draft order supporting opposition in SP104-07; communications Atty. Civille re: upcoming hearing, consolidation, Judge Sukola hearing & other matters, communications Atty. Van de veld; review Judge Barcinas disqualification; communications fact / expert witness Scott Moylan (whistleblower) in preparation hearing re: establishing wrongful taking Wards' deposits | 3.75 | $ 562.50 |
| 8/15/2007 | Review Court notice of hearing for Judge Barrett-Anderson in SP110-07, create file notes | 0.50 | $ 75.00 |
| 8/15/2007 | Prepare Declaration of Service for Objection in SP104-07 | 0.75 | $ 112.50 |
| 8/15/2007 | Prepare for guardianship hearing for opposition petition, review file docs., call to client & expert / material witness Scott Moylan (whistleblower), create outline | 2.50 | $ 375.00 |
| 8/15/2007 | Work on statement objection SP104-07 | 3.00 | $ 450.00 |
| 8/16/2007 | Finalize statement of objection in SP104-07 | 0.50 | $ 75.00 |
| 8/16/2007 | Prepare for hearing and go to Court, conversation Atty. Civille, create file notes | 1.00 | $ 150.00 |
| 8/16/2007 | Review communication Atty. Civille, review file, reply, create file notes, prepare for hearing; conversation CSB Atty. McCully, draft letter re: hearing & outstanding subpoenas duces tecum | 2.50 | $ 375.00 |



8

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 8/16/2007 | Review CSB Objection to *subpoena duces tecum*, research, create file notes, work on draft opposition, SP111-07 | 2.15 | $ 322.50 |
| 8/17/2007 | Review file, review CSB Atty. McCully letter, work on letter to CSB Atty. McCully, create file notes | 1.40 | $ 210.00 |
| 8/17/2007 | Communications co-counsel Atty. Van de veld, review file, create file notes | 0.75 | $ 112.50 |
| 8/19/2007 | Prepare for hearing, work on witness questions & relevant exhibits | 2.40 | $ 360.00 |
| 8/19/2007 | Review Atty. Tang message, review file docs., create file notes | 0.75 | $ 112.50 |
| 8/20/2007 | Prepare for guardianship trial, communications fact / expert witness Scott Moylan (whistleblower), work on TCD flow chart, work on trial outline; trace Wards' funds from deposits to present, research history of Alzheimer's Disease and dementia, research | 3.40 | $ 510.00 |
| 8/24/2007 | Review CSB Atty. McCully's letter, review file, research, work on reply letter, communication Public Guardian Weisenberger and fact / expert witness Scott Moylan (whistleblower) | 2.00 | $ 300.00 |
| 8/24/2007 | Review Court's answer to objection, review file docs., communicate client, create file notes, SP104-07 | 0.75 | $ 112.50 |
| 8/27/2007 | Review file, communication with Public Guardian Weisenberger, create file note | 0.40 | $ 60.00 |
| 8/28/2007 | Review file, communications APS James Smits re: update on guardianship documents & proceedings, create file note | 0.75 | $ 112.50 |
| 9/8/2007 | Strategy meeting Atty. Van de veld, create file notes, SP110-07 | 1.50 | $ 225.00 |
| 9/11/2007 | Review opposition *ex parte* motion to shorten time to hear motion to stay, research supporting authority, work on reply outline SP110-07 | 2.00 | $ 300.00 |
| 9/11/2007 | Review opposition Motion to Stay, research supporting authority, work on reply outline & drafting opposition; fax CSB Atty. McCully & Atty. Tang courtesy copy CSB San Agustin *subpoena duces tecum*; letter to Atty. Tang re: presence of F.L. Moylan at hearing | 4.75 | $ 712.50 |
| 9/11/2007 | Review Atty. Cruz letter re: *ex parte* motions stay & shorten time, review file docs., create file notes, fax reply opposing *ex parte* motion | 0.75 | $ 112.50 |
| 9/11/2007 | Prepare declaration of service for process server for F.L. Moylan service of documents | 0.75 | $ 112.50 |
| 9/12/2007 | Review supplemental declaration of Sirena Cassidy, create file notes, review file docs. from opposition | 0.75 | $ 112.50 |
| 9/12/2007 | Work on drafting & researching opposition to motion to shorten time & motion to stay | 2.50 | $ 375.00 |
| 9/13/2007 | Review opposition letter re: *ex parte* motion to stay, review file docs. & pending motions & petition notices, communicate client | 0.50 | $ 75.00 |
| 9/13/2007 | Review Atty. McCulley Objection to CSB Amended Subpoena Duces Tecum upon Pauline San Agustin, research authority, create reply notes / outline; SP110-07; work on opposition to Atty. McCulley objection for CSB subpoena, SP110-07 | 3.15 | $ 472.50 |
| 9/13/2007 | Review Opposition's Objection in SP110-07 to R. Moylan serving as guardian, create outline, review declarations & attachments, work on Reply, research; review file, draft letter to CSB Atty. Beggs re: subpoena for hearing | 5.25 | $ 787.50 |
| 9/13/2007 | Prepare for hearing for Judge Barrett-Anderson tomorrow, create outline, meeting with client, call to Witness Scott Moylan (whistleblower) | 1.00 | $ 150.00 |
| 9/13/2007 | Review Atty. Tang fax and documents re: motion to stay & declarations, create file notes, research; fax Atty. Tang notice of opposition to *ex parte* application | 1.25 | $ 187.50 |



ORIGINAL

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 9/14/2007 | Finalize opposition to Atty. McCulley objection for CSB subpoena; SP110-07, finalize Reply to Oppositiont to Verified Petition R. Moylan as Guardian | 1.00 | $ 150.00 |
| 9/14/2007 | Prepare for and attend guardianship morning & afternoon hearings SP110-07, create file notes, calendar dates, meeting client, research guardianship code re: joint guardianships, temporary orders | 6.15 | $ 922.50 |
| 9/15/2007 | Review file docs., prepare for next hearing, meeting client & CSB expert witness Scott Moylan (whistleblower) re: financials on deposits & Wards' house, create file notes, research | 3.75 | $ 562.50 |
| 9/19/2007 | Prepare for trial, research Dr. Lim credentials, create file notes, work on witness questions | 1.00 | $ 150.00 |
| 9/21/2007 | Review Atty. Civille draft order re: consolidation, review file docs., create file notes | 0.75 | $ 112.50 |
| 9/26/2007 | Review filed docs., review Public Guardian email, create file notes | 0.75 | $ 112.50 |
| 9/26/2007 | Communication Atty. Civille re: sending draft order | 0.40 | $ 60.00 |
| 10/1/2007 | Review Public Guardian Weisenberger report for YLM and FLM, create file notes | 0.75 | $ 112.50 |
| 10/2/2007 | Review Court order to consolidate, review file docs., create file notes, call to client | 0.50 | $ 75.00 |
| 10/10/2007 | Review file, consult with client, draft on scheduling memorandum, create file notes | 2.40 | $ 360.00 |
| 10/11/2007 | Finalize scheduling memorandum, consult with expert witness Scott Moylan (whistleblower) on dates | 2.50 | $ 375.00 |
| 10/12/2007 | Review certificate of service from Attys Civille & Tang, create file notes | 0.50 | $ 75.00 |
| 10/12/2007 | Review, research and create file notes: Civille/Tang *Ex Parte* Motions: (1) Shorten Time; (2) Motion to Use Ward's TCD (life savings) Funds; (3) Motion to Seal Case, review declarations, inform client, research | 3.15 | $ 472.50 |
| 10/12/2007 | Review opposition's scheduling memorandum, review file docs., create file notes | 1.00 | $ 150.00 |
| 10/13/2007 | Research oppositions to pending 3 *ex parte* motions | 2.40 | $ 360.00 |
| 10/14/2007 | Begin rough drafts on oppositions to *ex parte* motions | 3.75 | $ 562.50 |
| 10/15/2007 | Review notice of motions from opposition & draft order, calendar, create file notes, advise client; fax CSB Atty. McCully notice of hearing for 10/24/07 | 0.75 | $ 112.50 |
| 10/16/2007 | Prepare for hearing, research assets Wards business structure | 0.50 | $ 75.00 |
| 10/22/2007 | Review oppositions: (1) reply memorandum to opposition to use TCD (Ward's life savings) funds; (2) declaration of Robert Steffy, (3) declaration of Atty. Tang, (4) declaration of Kurt Moylan, (5) declaration of L. Alston, (6) reply to opposition to seal case; research, create file notes; prepare for hearing, work on declaration of Richard Moylan | 6.40 | $ 960.00 |
| 10/23/2007 | Review certificate of service from opposition, create file notes | 0.50 | $ 75.00 |
| 10/23/2007 | Prepare for motion hearing, review all pertinent ex parte file documents, meeting with expert witness Scott Moylan (whistleblower) and client, work on outline, research guardianship statute | 3.40 | $ 510.00 |
| 10/23/2007 | Prepare declaration for Richard Moylan, go over declaration w/ client | 2.00 | $ 300.00 |
| 10/23/2007 | Work on exhibits for hearing | 1.00 | $ 150.00 |
| 10/24/2007 | Prepare for motions, attend motion hearing, conversation opposing counsels, review Court notes, create file notes, meeting client & conversation expert witness Scott Moylan (whistleblower) | 6.50 | $ 975.00 |
| 10/24/2007 | Call to F.L. Moylan re: statement to Judge Barrett-Anderson at motion hearing, create file notes, review file docs. | 0.75 | $ 112.50 |
| 10/25/2007 | Review order, create file notes, notify client | 0.50 | $ 75.00 |

ORIGINAL

| Date | Time Description | Hours Billed | Amount Awarded |
|------|-----------------|-------------:|---------------:|
| 10/29/2007 | Prepare for guardianship hearing, work on outline, research, work on witness list and questions, review bank financial records | 2.50 | $ 375.00 |
| 10/29/2007 | Review conflict guardian ad litem, review file docs., work on objection, research | 2.00 | $ 300.00 |
| 10/29/2007 | Work on position statement, review file docs. | 1.00 | $ 150.00 |
| 10/30/2007 | Review guardian report, create file notes | 0.50 | $ 75.00 |
| 10/30/2007 | Attend visitation, create notes | 1.00 | $ 150.00 |
| 10/30/2007 | Finalize objection to Guardian due to ethics | 1.50 | $ 225.00 |
| 10/30/2007 | Finalize position statement to Court's order | 1.25 | $ 187.50 |
| 10/31/2007 | Review Court order re: scheduling guardianship trial, calendar, create file notes, contact client | 1.00 | $ 150.00 |
| 11/6/2007 | Prepare for hearing, research Dr. Lim credentials | 0.50 | $ 75.00 |
| 11/7/2007 | Prepare for hearing, research Dr. Lim credentials with medical board | 0.50 | $ 75.00 |
| 11/7/2007 | Review notice of motion date from Court, review file, calendar case, create file notes, notify client | 0.50 | $ 75.00 |
| 11/7/2007 | Review notice of court appt. counsel guardian, review file, notify client, create file notes | 0.50 | $ 75.00 |
| 11/8/2007 | Prepare for & attend hearing, review Court notes, create file notes | 2.00 | $ 300.00 |
| 11/9/2007 | Review Court order re: evaluation of prospective Wards by Dr. Kiffer, review file, notify client | 0.50 | $ 75.00 |
| 11/10/2007 | Work on discovery request to opposition for production of documents, review file docs., review available discovery materials, create file notes | 4.50 | $ 675.00 |
| 11/11/2007 | Work on discovery request to opposition for responses to interrogatories, review file docs., review available discovery materials, create file notes | 2.40 | $ 360.00 |
| 11/13/2007 | Review file, draft letter to Dr. James Kiffer, create file notes; copy to Atty. Unpingco | 1.50 | $ 225.00 |
| 11/23/2007 | Work on discovery request to opposition for responses to interrogatories, review file docs., review available discovery materials, create file notes | 2.00 | $ 300.00 |
| 11/24/2007 | Work on discovery request to opposition for admissions, review file docs., review available discovery materials, create file notes, meeting client, research withholding info. | 5.50 | $ 825.00 |
| 11/25/2007 | Work on discovery request to Wards thru guardian ad litem for production of documents, review file docs., review available discovery materials, create file notes | 4.00 | $ 600.00 |
| 11/27/2007 | Review Dr. Kiffer filing re: scope of report, review file docs., create file notes | 0.75 | $ 112.50 |
| 11/30/2007 | Finalize drafts discovery requests (interrogatories, request for production of documents and admissions), proof read, review file docs., calendar due dates, create file notes | 2.50 | $ 375.00 |
| 12/1/2007 | Review discovery interrogatories request from opposition, create file notes, notify client 2 discoveries rec'd., calendar due dates | 0.75 | $ 112.50 |
| 12/1/2007 | Review discovery request for production of documents from opposition, create file notes, calendar due dates, call to client | 2.00 | $ 300.00 |
| 12/5/2007 | Prepare for and attend hearing, review file, review Court notes, create file notes, call to expert witness Scott Moylan (whistleblower) re: financials | 3.50 | $ 525.00 |
| 12/6/2007 | Review notice of deposition & subpoena, call to Scott Moylan (whistleblower), review file docs., research GRCP and quash cases, create file notes | 2.40 | $ 360.00 |



| Date | Time Description | Hours Billed | Amount Awarded |
|------|-----------------|--------------|----------------|
| 12/7/2007 | Work on discovery response RFP & Interrogs., review file docs., meeting client | 1.75 | $ 262.50 |
| 12/8/2007 | Work on discovery response RFP & Interrogs. review file docs., meeting client | 3.00 | $ 450.00 |
| 12/12/2007 | Review amended deposition notice to produce, review file docs., research, create file notes, call to client | 3.15 | $ 472.50 |
| 12/13/2007 | Work on motion to quash, research | 3.00 | $ 450.00 |
| 12/14/2007 | Work on docs. *ex parte* motion for protective order / to quash deposition | 2.00 | $ 300.00 |
| 12/15/2007 | Work on docs. ex parte motion for protective order / to quash exhibits, contact expert witness Scott Moylan (whistleblower) | 2.50 | $ 375.00 |
| 12/16/2007 | Review file, communications Attys. Tang & Civille re: motion to quash depositions, notice attendance under protest, prepare for deposition, research | 2.00 | $ 300.00 |
| 12/17/2007 | Review file docs., work on declaration Jeff Moylan re: motion to quash, meeting Jeffrey Moylan, work on declaration Scott Moylan (whistleblower), meeting Scott Moylan (whistleblower) | 2.50 | $ 375.00 |
| 12/17/2007 | Review file, fax opposition message notice of hearing re: *ex parte* pending hearing date/time motion to quash | 0.25 | $ 37.50 |
| 12/17/2007 | Conversation Atty. Civille, review opposition filing re: hearing date for *ex parte* motion to quash, create file notes | 1.00 | $ 150.00 |
| 12/17/2007 | Review Atty. Tang communication re: discovery and depositions, review file discovery docs., reply to Atty. Tang, create file notes, calendar dates | 1.75 | $ 262.50 |
| 12/18/2007 | Review opposition's motion for posting Bond, research statute and case authority | 3.75 | $ 562.50 |
| 12/18/2007 | Review opposition's declaration Atty. Civille in opposition to motion to quash / protective order, create file notes | 1.00 | $ 150.00 |
| 12/18/2007 | Review opposition's memorandum opposition to motion for protective order / to quash, research case authority, review file docs., create file notes | 3.75 | $ 562.50 |
| 12/18/2007 | Prepare and attend hearing, review Court notes, create file notes | 2.40 | $ 360.00 |
| 12/18/2007 | Review file, email Atty. Civille re: discovery deadlines, create file notes | 0.75 | $ 112.50 |
| 12/19/2007 | Research bond requirement, draft opposition | 3.75 | $ 562.50 |
| 12/20/2007 | Review Court order re: discovery, review file docs., inform client | 0.75 | $ 112.50 |
| 12/20/2007 | Review opposition's supplemental opposition to motion for protective order, work on & file response to supplemental opposition to motion for protective order, review file docs., research, meeting client and Scott Moylan (whistleblower), prepare for next hearing | 4.75 | $ 712.50 |
| 12/21/2007 | Review notice entry on docket re: protective order, review file, create file note | 0.50 | $ 75.00 |
| 12/22/2007 | Work on responses to opposition's request for production of documents, review file docs., contact client | 3.15 | $ 472.50 |
| 12/23/2007 | Work on responses to opposition's request for responses to interrogatories, review file docs., contact client | 2.75 | $ 412.50 |
| 12/27/2007 | Work on drafting opposition to motion for statutory bond, research | 2.00 | $ 300.00 |
| 12/28/2007 | Work on responses to opposition's interrogatories and request for production of documents, review file docs., contact client | 3.00 | $ 450.00 |
| 12/31/2007 | Review opposition's motion to shorten time and motion to extend discovery cutoff, research, create file notes, advise client, work on outline for response | 3.00 | $ 450.00 |

ORIGINAL

12

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 12/31/2007 | Finalize response to opposition's request for production of documents and responses to request for responses to interrogatories | 3.50 | $ 525.00 |
| 1/1/2008 | Review file, work on opposition to motion to extend discovery cutoff, research, create file notes | 4.75 | $ 712.50 |
| 1/2/2008 | Finalize opposition to motion to extend discovery cutoff | 1.00 | $ 150.00 |
| 1/2/2008 | Review notice of hearing for opposition's motion to extend discovery cutoff, calendar, notify client, review file docs. | 0.50 | $ 75.00 |
| 1/3/2008 | Review Guardian Ad Litem letter re: discovery & estate issues, review file docs., create file notes, inform client | 1.00 | $ 150.00 |
| 1/3/2008 | Review reply from opposition to *ex parte* motion to extend discovery cutoff, research, create file notes, work on outline for hearing | 2.40 | $ 360.00 |
| 1/3/2008 | Prepare for and attend hearing, review Court notes, create file notes, calendar, review file | 3.00 | $ 450.00 |
| 1/4/2008 | Review amended notice of deposition for Richard Moylan, create file notes, meeting client, review file docs. | 1.75 | $ 262.50 |
| 1/7/2008 | Review opposition's reply to motion for statutory bond, research, review file docs., create file notes | 2.00 | $ 300.00 |
| 1/7/2008 | Review opposition's order for appointment of guardian of the estate of F.L. Moylan and Y.L. Moylan, review file, create file notes | 0.40 | $ 60.00 |
| 1/7/2008 | Prepare affidavit re: fees and costs reimbursement for discovery motion per Court order | 3.50 | $ 525.00 |
| 1/8/2008 | Review file, prepare *subpoena duces tecum* for Dept. Revenue & Taxation officials: Director Ilagan, Alice Cruz, John Carlos, Teresa Santos | 1.25 | $ 187.50 |
| 1/8/2008 | Review opposition's insurance carrier Dongbu letter to Judge re: surety bond, review file docs., create file note | 0.40 | $ 60.00 |
| 1/9/2008 | Review Court order, review file docs., calendar, advise client | 0.50 | $ 75.00 |
| 1/9/2008 | Review file docs., draft letter to Atty. Tang, communication client | 1.50 | $ 225.00 |
| 1/10/2008 | Review opposition to atty. fees for discovery motion ordered by Judge Barrett-Anderson, research, work on reply, prepare for hearing, review file docs. | 4.50 | $ 675.00 |
| 1/10/2008 | Review file docs., meeting client in preparation for deposition, create notes | 1.25 | $ 187.50 |
| 1/11/2008 | Prepare for & attend deposition client by opposition, create file notes, review file docs., review deposition notes, review deposition exhibits received from deposition | 10.00 | $ 1,500.00 |
| 1/15/2008 | Review Dr. Kiffer congnitive report on Wards, create file notes | 1.00 | $ 150.00 |
| 1/16/2008 | Review AG motion to quash, research, review file docs., work on outline, create file notes, work on response memorandum, prepare for hearing | 5.40 | $ 810.00 |
| 1/16/2008 | Review file docs., research, draft letter to Assistant AG Covington and Atty. Civille, create file notes | 1.50 | $ 225.00 |
| 1/17/2008 | Review file, prepare for Court hearing, attend Court hearing re: motion for reconsideration & other related matters, review Court notes, create file notes | 5.75 | $ 862.50 |
| 1/17/2008 | Review file docs., review Assistant AG Covington's letter, research statute cited, create file notes | 0.75 | $ 112.50 |
| 1/18/2008 | Review opposition *subpoena* upon Scott Moylan (whistleblower), review file docs., call to expert witness Scott Moylan (whistleblower), research quash, create file notes | 1.15 | $ 172.50 |
| 1/22/2008 | Review opposition's motion in limine trial proceedings, research, work on opposition outline | 3.00 | $ 450.00 |

ORIGINAL

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 1/23/2008 | Work on opposition to motion in limine, review Dr. Ashe report filed by opposition, create file notes, review Dr. Chris Perez report on F.L. Moylan | 4.00 | $ 600.00 |
| 1/24/2008 | Review opposition's trial exhibit list, review file docs., work on trial outline, prepare for guardianship trial, work on trial exhibit list | 4.25 | $ 637.50 |
| 1/25/2008 | Review opposition's trial witness list, prepare for trial, work on trial witness list, review file docs. | 2.75 | $ 412.50 |
| 1/25/2008 | Review objection filed by opposition, review file, prepare for hearing, research | 4.00 | $ 600.00 |
| 1/25/2008 | Review file, prepare *subpoena duces tecum* for Dept. Revenue & Taxation officials: Director Ilagan, Alice Cruz, John Carlos, Teresa Santos | 1.00 | $ 150.00 |
| 1/28/2008 | Review Joinder in Motion to Restrain Speech re: theft issues, review file docs., create file notes, work on outline for hearing, research | 1.00 | $ 150.00 |
| 1/28/2008 | Review AG motion to quash, research, review file docs., work on outline, create file notes, work on response memorandum, prepare for hearing | 3.00 | $ 450.00 |
| 1/28/2008 | Work on opposition to motion in limine, research, review file docs. | 2.40 | $ 360.00 |
| 1/29/2008 | Finalize oppositions to motion in limine, research, review file docs. | 3.75 | $ 562.50 |
| 1/31/2008 | Review Atty. Unpingco Motion to identify Guardian, agreement on hearing date & draft order, create file notes, review file docs. | 0.50 | $ 75.00 |
| 1/31/2008 | Review opposition's partial opposition to Atty. Unpingco motion, create file notes, review file docs. | 1.00 | $ 150.00 |
| 1/31/2008 | Prepare for and attend Court hearing, review Court notes, calendar dates, create file notes | 2.00 | $ 300.00 |
| 2/1/2008 | Review Atty. Unpingco draft order re: CPA Steffy look back report of Wards' assets, review file docs. | 1.00 | $ 150.00 |
| 2/7/2008 | Prepare for hearing re: forensic assets report, review file docs., review prior orders, create hearing outline, conversation client | 2.00 | $ 300.00 |
| 2/8/2008 | Attend hearing, create file notes, review Court notes, calendar case dates | 2.00 | $ 300.00 |
| 2/10/2008 | Review scheduling order re: scheduling, review file docs., calendar, meeting client | 1.00 | $ 150.00 |
| 2/15/2008 | Review Atty. Unpingco order re: Look Back Assets of Wards, review file docs. | 1.00 | $ 150.00 |
| 2/20/2008 | Review opposition's reply to motion to restrain speech re: theft, research, create file notes, prepare for hearing outline | 2.00 | $ 300.00 |
| 2/21/2008 | Review Atty. Unpingco & opposition filings re: Court's order on docs. to seal, review file docs. identified in attys. filings, research cases, create file notes | 2.00 | $ 300.00 |
| 2/24/2008 | Work on response to motion to quash subpoena duces tecum by AG issued to Dept. Rev & Taxation re: audit findings Wards' embezzlement investigation, research, review file docs., identify exhibits | 4.50 | $ 675.00 |
| 2/25/2008 | Review opposition's submission Dr. Comb medical report, research, review file, create file notes, work on opposition to report | 2.25 | $ 337.50 |
| 2/25/2008 | Finalize response to AG's motion to quash | 3.00 | $ 450.00 |
| 2/25/2008 | Work on Objection to submission of psychiatric reports by opposition | 3.40 | $ 510.00 |
| 2/26/2008 | Finalize objection to psychiatric report | 1.00 | $ 150.00 |
| 2/26/2008 | Review Atty. Tang letter to Atty. Unpingco re: CPA Steffy look back report of Wards' assets, review file docs., create file notes | 0.50 | $ 75.00 |

ORIGINAL

| Date | Time Description | Hours Billed | Amount Awarded |
|------|------------------|--------------|----------------|
| 2/28/2008 | Prepare for hearing, review file docs., create hearing outline | 0.50 | $ 75.00 |
| 2/29/2008 | Review file docs., prepare for hearing attend hearing, review Court notes, create file notes, meeting client | 2.50 | $ 375.00 |
| 2/29/2008 | Review Court clerk note, review file, create file notes | 0.25 | $ 37.50 |
| 2/29/2008 | Review Court order re: striking psychiatric report, review file, create file notes | 0.75 | $ 112.50 |
| 3/3/2008 | Review Atty. Unpingco motion to modify scheduling order, review file & calendar, create file notes | 0.75 | $ 112.50 |
| 3/4/2008 | Review Court order re: reset trial date, calendar dates | 0.50 | $ 75.00 |
| 3/5/2008 | Review opposition's motion to modify scheduling order for expert witness and expert report | 1.75 | $ 262.50 |
| 3/5/2008 | Prepare subpoena duces tecum CSB Pauline San Nicolas, review file docs, review calendar | 1.00 | $ 150.00 |
| 3/5/2008 | Prepare for Court hearing (pretrial conference), review file docs. | 1.00 | $ 150.00 |
| 3/6/2008 | Prepare for and attend Court pretrial conference; review Court notes, create file notes | 2.50 | $ 375.00 |
| 3/6/2008 | Research cases for opposition's motion to modify scheduling order for expert witness and expert report, work on draft reply | 2.40 | $ 360.00 |
| 3/6/2008 | Prepare subpoena duces tecum CPA Robert Seffy, review file docs, review calendar | 1.00 | $ 150.00 |
| 3/13/2008 | Review Atty. Unpingco ex parte motion to quash subpoena duces tecum upon CPS Steffy, review file docs., create file notes, work on outline opposing quash; review Atty. Unpingco letter | 2.00 | $ 300.00 |
| 3/13/2008 | Review Atty. Unpingco letter re: Steffy Look Back Report of Wards' assets on various concerns being addressed, review file docs., create file notes | 1.25 | $ 187.50 |
| 3/13/2008 | Review Atty. Unpingco's order, create file notes | 0.25 | $ 37.50 |
| 3/14/2008 | Review opposition's motion to clarify 3/13/08 Ct. order, review file docs., create file notes | 0.50 | $ 75.00 |
| 3/15/2008 | Work on opposition to motion to quash Steffy subpoena duces tecum | 3.00 | $ 450.00 |
| 3/15/2008 | Prepare for trial, work on trial questions, research, review file docs. | 4.00 | $ 600.00 |
| 3/16/2008 | Prepare subpoena duces tecum CPA Robert Seffy, review file docs, review calendar | 1.00 | $ 150.00 |
| 3/17/2008 | Finalize opposition to motion to quash Steffy subpoena duces tecum, review file, research, prepare for ex parte hearing | 1.40 | $ 210.00 |
| 3/17/2008 | Work on preparing trial exhibits binder, review file docs., create file notes | 4.50 | $ 675.00 |
| 3/18/2008 | Review Clerk of Court's Notice of sealing docs., review file docs., create file notes | 1.25 | $ 187.50 |
| 3/18/2008 | Review CSB Atty. McCully letter re: documents for trial, review file, create file notes, prepare for trial | 1.25 | $ 187.50 |
| 3/18/2008 | Review CSB Atty. McCully ex parte objection to subpoena duces tecum, create file notes, review file docs., work on outline | 2.25 | $ 337.50 |
| 3/18/2008 | Work on trial exhbiits binder, review file docs., create file notes | 3.50 | $ 525.00 |
| 3/19/2008 | Review declaration of service filed by process server sablan, create file note | 0.25 | $ 37.50 |
| 3/19/2008 | Finalize binder | 1.00 | $ 150.00 |
| 3/19/2008 | Prepare for and attend hearing, review Court notes, calendar, review file, call to Dr. Kallingal expert witness, create file notes | 4.00 | $ 600.00 |
| 3/19/2008 | Review Court order, review file docs., create file notes, identify & separate docs. from file | 1.15 | $ 172.50 |

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 3/19/2008 | Prepare for trial, work on trial questions, | 4.00 | $ 600.00 |
| 3/20/2008 | Prepare and attend Guardianship Trial Day 1 (competency hearing), review Court notes, create file notes; prepare for next day's trial | 10.00 | $ 1,500.00 |
| 3/21/2008 | Prepare and attend Guardianship Trial Day 2 (competency hearing), review Court notes, create file notes | 7.50 | $ 1,125.00 |
| 3/22/2008 | Review Court's 3/21/08 order re: temporary guardianship, review file, create file notes | 1.00 | $ 150.00 |
| 3/27/2008 | Review file docs., prepare letters of temproary co-guardianship for client | 1.25 | $ 187.50 |
| 3/27/2008 | Review file docs., draft letter to CSB Atty. McCully re: obtaining Wards' records from CSB records based upon Court orders | 2.00 | $ 300.00 |
| 3/28/2008 | Review notice entry on docket, calendar appeal period, review file docs., create file notes | 0.75 | $ 112.50 |
| 3/28/2008 | Review opposition's temporary co-guardianship appointment documents; review notice of appeal, Supreme Court of Guam Case CVA08-003 | 4.00 | $ 600.00 |
| 3/29/2008 | Review AG order submitted re: quashing DRT subpoena duces tecum | 0.50 | $ 75.00 |
| 3/29/2008 | Research notice of appeal background information, CVA08-003; review Supreme Court docket list for appeal; review notice of stay from opposition, research | 3.00 | $ 450.00 |
| 3/29/2008 | Work on motion to continue order for Supreme Court of Guam Case CVA08-003, research | 3.25 | $ 487.50 |
| 3/30/2008 | Work on motion to continue order for Supreme Court of Guam Case CVA08-003, work on declaration & motion/notice of motion, research | 4.50 | $ 675.00 |
| 3/31/2008 | Finalize motion to continue order | 0.75 | $ 112.50 |
| 3/31/2008 | Review Notice Entry on Docket of Judge's order temp. joint guardianship, calendar appeal deadline, review file docs. | 0.50 | $ 75.00 |
| 3/31/2008 | Review Judge Barrett-Anderson order re: quashing DRT subpoenas duces tecum, review file docs., create file notes, conversation client | 0.75 | $ 112.50 |
| 3/31/2008 | Review notice of prospective dismissal in Supreme Court of Guam Case CVA08-003, review file, create file notes, calendar | 1.25 | $ 187.50 |
| 4/1/2008 | Review opposition memorandum & declaration Atty. Tang, create file notes, research in SP110-07 | 4.00 | $ 600.00 |
| 4/1/2008 | Prepare for hearing, attend hearing, review Court notes, create file notes, research in SP110-07 | 2.75 | $ 412.50 |
| 4/2/2008 | Review amended notice of prospective dismissal in Supreme Court of Guam Case CVA08-003, review GRAP, create file notes | 1.00 | $ 150.00 |
| 4/4/2008 | Prepare order continuing dates, review file docs. in SP110-07 | 1.00 | $ 150.00 |
| 4/7/2008 | Review notice entry on docket, review file docs. re: Supreme Court of Guam Case CVA08-003 | 0.25 | $ 37.50 |
| 4/7/2008 | Review notice of request by opposition for transcripts in Supreme Court of Guam Case CVA08-003, review file docs, create file notes, calendar pursuant to rules appellate procedure (GRAP) | 0.75 | $ 112.50 |
| 4/7/2008 | Review statement of jurisdiction in Supreme Court of Guam Case CVA08-003, review file docs, create file notes | 1.00 | $ 150.00 |
| 4/8/2008 | Review file, prepare notice & certificate of service to clerk updated docket sheet re: Supreme Court of Guam Case CVA08-003 | 1.00 | $ 150.00 |
| 4/8/2008 | Review letter from co-guardian K. Moylan to client, discuss with client, create file notes | 0.50 | $ 75.00 |



| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 4/9/2008 | Review opposition's filed transcript, review file docs., create file notes re: Supreme Court of Guam Case CVA08-003 | 2.00 | $ 300.00 |
| 4/10/2008 | Review file docs., letter to Atty. Civille re: compliance with Judge Barrett-Anderson's order, create file notes, fax Atty. Civille | 1.40 | $ 210.00 |
| 4/10/2008 | Work on motion to dismiss re: Supreme Court of Guam Case CVA08-003, research | 3.00 | $ 450.00 |
| 4/11/2008 | Work on motion to dismiss re: Supreme Court of Guam Case CVA08-003, research, drafting | 2.50 | $ 375.00 |
| 4/12/2008 | Work on motion to dismiss re: Supreme Court of Guam Case CVA08-003, research, drafting, conversation client | 4.00 | $ 600.00 |
| 4/11/2008 | Review reply Atty. Tang re: compliance Court order, create file notes, review file docs. | 0.40 | $ 60.00 |
| 4/13/2008 | Work on motion to dismiss appeal, research, Supreme Court of Guam CVA08-003; prepare designation of record for motion | 2.75 | $ 412.50 |
| 4/14/2008 | Finalize motion to dismiss appeal, Supreme Court of Guam CVA08-003 | 1.00 | $ 150.00 |
| 4/14/2008 | Fax service upon counsel, motion to dismiss appeal, Supreme Court of Guam CVA08-003 | 0.25 | $ 37.50 |
| 4/22/2008 | Review Atty. Tang letter re: arising from joint guardianship order of Judge Barrett-Anderson, review file docs., create file notes | 0.75 | $ 112.50 |
| 4/23/2008 | Review opposition to motion to dismiss, declaration re: Supreme Court of Guam Case CVA08-003, research, review file docs., create file notes | 2.00 | $ 300.00 |
| 4/24/2008 | Continue review opposition to motion to dismiss, declaration re: Supreme Court of Guam Case CVA08-003, research, review file docs., create file notes, work on reply outline | 3.50 | $ 525.00 |
| 4/25/2008 | Work on reply to opposition to motion to dismiss, declaration re: Supreme Court of Guam Case CVA08-003, research, review file docs., create file notes | 3.00 | $ 450.00 |
| 4/26/2008 | Work on reply to opposition to motion to dismiss, declaration re: Supreme Court of Guam Case CVA08-003, research, review file docs., create file notes | 1.50 | $ 225.00 |
| 4/27/2008 | Work on reply to opposition to motion to dismiss, declaration re: Supreme Court of Guam Case CVA08-003, research, review file docs., create file notes | 2.00 | $ 300.00 |
| 5/21/2008 | Review file docs., prepare subpoena duces tecum for Dr. Chris Perez | 2.00 | $ 300.00 |
| 5/23/2008 | Review briefing order re: Supreme Court of Guam Case CVA08-003, review file docs., calendar dates, create file notes | 1.00 | $ 150.00 |
| 5/28/2008 | Review certificate of record re: Supreme Court of Guam Case CVA08-003, review file docs., calendar dates, create file notes, research rules | 1.00 | $ 150.00 |
| 5/29/2008 | Review file re: Dr. Lim *subpoena duces tecum*, fax Dr. Lim message re: change of date / time for appearance | 0.50 | $ 75.00 |
| 5/29/2008 | Review file re: Dr. Chris Perez *subpoena duces tecum*, fax Dr. Lim message re: change of date / time for appearance | 0.50 | $ 75.00 |
| 6/2/2008 | Fax Attys. Tang & Civille change in *subpoena duces tecum* message | 0.25 | $ 37.50 |
| 6/3/2008 | Amend subpoenas duces tecum for June 12, 2008 for Dr. Chris Perez, custodian of records The Doctors Clinic and custodian of records Trade Center Medical Clinic | 1.00 | $ 150.00 |
| 6/6/2008 | Fax Attys. Tang & Civille *subpoena duces tecum* with message | 0.25 | $ 37.50 |
| 6/6/2008 | Review Staff Look Back financial assets report, review file docs., create file notes | 3.00 | $ 450.00 |

ORIGINAL

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 6/7/2008 | Continue review Steffy Look Back financial assets report, review file docs., create file notes | 2.40 | $ 360.00 |
| 6/7/2008 | Trial preparation, review file documents, contact witnesses | 3.15 | $ 472.50 |
| 6/8/2008 | Trial preparations, review discovery, work on trial outline, calls to witnesses, work on questions, review subpoenas duces tecum, fax Atty. Unpingco re: questions about CPA Steffy Look Back Report | 6.50 | $ 975.00 |
| 6/9/2008 | Trial preparations, review financial information, prepare trial outline, prepare trial questions; draft letter to Atty. Unpingco re: additional questions about CPA Steffy Look Back Report | 5.75 | $ 862.50 |
| 6/9/2008 | Review opposition ex parte motions to quash medical reports of wards, create file notes, research review file docs. | 2.50 | $ 375.00 |
| 6/10/2008 | Review opposition's ex parte notice of hearing, calendar, create file notes, notify client | 0.75 | $ 112.50 |
| 6/10/2008 | Continue working on opposition to ex parte motions to quash medical reports of Wards, research, review file docs., research, work on declaration; fax Court reporters on obtaining recordings of proceedings | 6.50 | $ 975.00 |
| 6/11/2008 | Review reply to ex parte motions to quash medical reports of Wards, research, review file docs., research | 2.00 | $ 300.00 |
| 6/11/2008 | Prepare for trial, review file documents, research, review exhibits | | $ - |
| 6/12/2008 | Prepare for and attend Guardianship Trial Day 3, research, review Court notes, work on next day's preparations for trial; request Court reporters copy of Court proceeding recordings | 9.00 | $ 1,350.00 |
| 6/13/2008 | Prepare for and attend Guardianship Trial Day 4, review Court notes, research, organize file to restart trial in few weeks | 9.50 | $ 1,425.00 |
| 6/19/2008 | Review file docs., prepare amended subpoena duces tecum for Dr. Chris Perez | 0.75 | $ 112.50 |
| 6/20/2008 | Review CPA Steffy bond calculation, review file docs., review look back report | 2.00 | $ 300.00 |
| 6/23/2008 | Review Court order re: surety bond, create file notes, review file docs., research | 0.50 | $ 75.00 |
| 6/24/2008 | Review decision Supreme Court, research, review file docs., create file notes, review GRAP rules on reconsideration, conversation client; review order Supreme Court of Guam | 2.00 | $ 300.00 |
| 6/24/2008 | Work on motions arising from Supreme Court of Guam order research, prepare motions to shorten time, to extend bond deadline, to submit property bond, declaration | 2.75 | $ 412.50 |
| 6/24/2008 | Review file docs., letter to 8 surety bond companies to obtain surety bond, create file notes; letter inquiry with Insurance Commissioner regarding companies licensed to issue surety bonds, research, calendar; research surety bonding on Guam | 3.25 | $ 487.50 |
| 6/25/2008 | Review file, research, prepare motions to shorten time, to extend bond deadline, to submit property bond, declaration | 4.00 | $ 600.00 |
| 6/25/2008 | Review response Stay Well regarding bonding | 0.25 | $ 37.50 |
| 6/26/2008 | Review notices of hearing on pending motions, create file notes, calendar, notify client | 0.75 | $ 112.50 |
| 6/26/2008 | Research, prepare for trial, review Clerk of Court response re: guardianship cases and bonds | 1.00 | $ 150.00 |
| 6/27/2008 | Review receipt of bond from Clerk's office, bond submission by opposing counsel, review file docs., create file notes | 0.50 | $ 75.00 |
| 6/28/2008 | Review opposition's filing re: opposition to ex parte motion for property bond and extend bond deadline, proposed order of letters guardianship, K.Moylan's request for reissuance of letters guardianship, research, create file notes, work on reply; | 6.40 | $ 960.00 |
| 6/29/2008 | Work on opposition to motion to reappoint K. Moylan, research, review file docs. | 1.00 | $ 150.00 |


ORIGINAL

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 6/29/2008 | Work on reply to opposition for property bond and extend deadline, research, prepare declarations counsel, J. Moylan and R. Moylan, review file docs. | 6.50 | $ 975.00 |
| 6/29/2008 | Work on opposition to motion to reappoint K. Moylan, research, review file docs. | 3.50 | $ 525.00 |
| 6/30/2008 | Finalize reply to oppositions to motions, research, review file docs., conversation client | 2.00 | $ 300.00 |
| 6/30/2008 | Finalize opposition to K. Moylan reappointment, research, review file docs., conversation client | 1.75 | $ 262.50 |
| 6/30/2008 | Prepare for trial following day, review file docs., research, work on witness questions, review exhibits | 4.00 | $ 600.00 |
| 6/30/2008 | Research, prepare for trial, review DRT's response re: guardianship cases and bonds; fax Clerk of Court | 0.75 | $ 112.50 |
| 7/1/2008 | Review opposition's motion in limine regarding trial conduct memorandum, declaration, notice of motion, motion, proposed order, motion to shorten time, research, create file notes, review file docs., inform client | 3.00 | $ 450.00 |
| 7/1/2008 | Prepare and attend Guardianship Trial Day 5 (competency hearing), review Court notes, review CSB financial records, review Steffy Lookback report & all discovery, create file notes; prepare for next day's trial; review First Hawaiian Bank trust management option letter, trial preparation work | 9.40 | $ 1,410.00 |
| 7/2/2008 | Finalize oppositions to motions in limine by opposition | 0.50 | $ 75.00 |
| 7/2/2008 | Prepare and attend Guardianship Trial Day 6 (competency hearing), review Court notes, review CSB financial records, review Steffy Lookback report & all discovery, create file notes; prepare for next day's trial | 11.00 | $ 1,650.00 |
| 7/3/2008 | Prepare and attend Guardianship Trial Day 7 (competency hearing), review Court notes, go over discovery documents including Steffy Lookback report & CSB financial records, create file notes; prepare for next day's trial | 11.15 | $ 1,672.50 |
| 7/4/2008 | Review Court order re: surety bond, review Clerk's Withdrawal Receipt, create file notes | 0.40 | $ 60.00 |
| 7/8/2008 | Review opposition's reply to opposition to motion for reappointment, research, review file docs., create file notes | 1.00 | $ 150.00 |
| 7/9/2008 | Review Court's decision on bond calculation, review Court's decision terminating guardians, research authority, create file notes, notify client | 1.00 | $ 150.00 |
| 7/9/2008 | Review file, draft letter to Dongbu re: bond issue, prepare for trial | 1.15 | $ 172.50 |
| 7/11/2008 | Review Dongbu response re: prepare for trial bond issue, review file docs., create file notes | 0.40 | $ 60.00 |
| 7/14/2008 | Review opposition's bond submission, review Court orders re: bond, review file docs., create file notes | 0.75 | $ 112.50 |
| 7/14/2008 | Trial preparation, review file docs., draft letter to Dongbu insurance re: bond issue | 1.00 | $ 150.00 |
| 7/15/2008 | Trial preparation, review file docs., follow up letter to Dongbu insurance re: bond issue | 1.00 | $ 150.00 |
| 7/16/2008 | Review IAC insurance letter re: bond, prepare for trial, review file docs., create file note | 0.40 | $ 60.00 |
| 7/16/2008 | Review MCMV insurance letter re: bond, prepare for trial, review file docs., create file note | 0.40 | $ 60.00 |
| 7/18/2008 | Review Dongbu letter, prepare for trial re: bond requirement, review file docs. | 0.75 | $ 112.50 |
| 7/21/2008 | Work on response to Court's bond decision memorandum and declaration, review file docs., research | 3.00 | $ 450.00 |
| 7/22/2008 | Prepare notice to Court of witness hearing issues, review file docs., conversation client | 1.50 | $ 225.00 |
| 7/22/2008 | Prepare for Trial Day 8, research, work on questions, work on trial outline | 7.75 | $ 1,162.50 |

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 7/23/2008 | Prepare and attend Guardianship **Trial Day 8** (competency hearing), review Court notes, create file notes; prepare for next day's trial | 9.00 | $ 1,350.00 |
| 7/24/2008 | Prepare and attend Guardianship **Trial Day 9** (competency hearing), review Court notes, create file notes; prepare for next trial day; email CSB Atty. Beggs re: tomorrow's CSB witness | 9.15 | $ 1,372.50 |
| 7/25/2008 | Review opposition's motion re: bond requirement, research, create file notes, work on outline for response | 1.75 | $ 262.50 |
| 7/25/2008 | Review opposition's motion to compel production of documents, research, create file notes, work on outline for response | 2.00 | $ 300.00 |
| 7/25/2008 | Review file docs., prepare *subpoena duces tecum* for Dr. Chris Perez; fax Dr. Perez re: attendance | 1.75 | $ 262.50 |
| 7/29/2008 | Prepare for Trial Day 9, research, work on questions, work on trial outline | 7.50 | $ 1,125.00 |
| 7/30/2008 | Prepare and attend Guardianship **Trial Day 9** (competency hearing), review Court notes, create file notes; prepare for next day's trial | 9.75 | $ 1,462.50 |
| 8/1/2008 | Review Court order for Dr. Kiffer to update psychological report for trial, review last report, review file docs., create file notes | 1.00 | $ 150.00 |
| 8/1/2008 | Work on Ct. ordered proposed findings of fact conclusions of law draft, review file documents & trial notes, research, work outline | 4.50 | $ 675.00 |
| 8/2/2008 | Work on findings of fact conclusions of law, research, review file documents & trial notes, review audio trial CD | 3.75 | $ 562.50 |
| 8/24/2008 | Conversation Atty. Civille re: stipulation on findings of fact conclusions of law, create file notes | 0.50 | $ 75.00 |
| 8/25/2008 | Review opposition's stipulation extending deadline to file proposed findings of fact and conclusions of law, review file notes, create file notes | 0.75 | $ 112.50 |
| 8/29/2008 | Work on findings fact conclusions of law, review Court notes, conversation witness Scott Moylan (whistleblower) | 2.15 | $ 322.50 |
| 8/31/2008 | Work on findings fact conclusions of law, review audio CD, research, review file exhibits | 2.00 | $ 300.00 |
| 9/15/2008 | Finalize findings of fact conclusions of law, research, review file documents & trial notes, transfer to CD per Court order, conversation client | 4.50 | $ 675.00 |
| 9/15/2008 | Work on objection to documents being admitted by opposition, research | 3.50 | $ 525.00 |
| 9/16/2008 | Work on amendment to proposed findings of fact conclusions of law | 3.75 | $ 562.50 |
| 9/17/2008 | Review opposition's *amended* proposed finding of fact conclusions of law, review file docs., research, create file notes | 1.25 | $ 187.50 |
| 11/10/2008 | Review Court decision, research cases, create file notes, inform client | 1.25 | $ 187.50 |
| 11/11/2008 | Review letters of guardianship appointment, create file notes | 0.50 | $ 75.00 |
| 11/12/2008 | Review notice entry on docket, calendar appeal period, review file docs., create file notes | 0.75 | $ 112.50 |
| 11/15/2008 | Work on motion for reconsideration, research, review file docs. | 3.50 | $ 525.00 |
| 11/16/2008 | Work on motion for reconsideration, research, review file docs. | 4.00 | $ 600.00 |
| 11/18/2008 | Review oaths docs. | 0.25 | $ 37.50 |
| 11/19/2008 | Work on motion for clarification re: wards' funds, review file docs., research | 2.00 | $ 300.00 |
| 11/20/2008 | Finalize motion for clarification, proof read | 1.50 | $ 225.00 |

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 11/20/2008 | Finalize motion for reconsideration, proof read | 2.00 | $ 300.00 |
| 12/1/2008 | Review notice by Court re: pending motions clarification, reconsideration, compel, calendar dates, review file docs. | 0.75 | $ 112.50 |
| 12/7/2008 | Research possible appeal grounds and issues, review file docs., create file notes | 4.15 | $ 622.50 |
| 12/10/2008 | Prepare Notice of Appeal 11/20/08 findings of fact conclusions of law decision re: house, Supreme Court of Guam Case CVA2008-016, review file docs., review calendar, meeting client, research re: G.R.A.P. | 2.50 | $ 375.00 |
| 12/11/2008 | Review docket list re: Supreme Court of Guam Case CVA2008-016 | 1.40 | $ 210.00 |
| 12/12/2008 | Review clerk's notice prospective dismissal, calendar case, create file note re: Supreme Court of Guam Case CVA2008-016 | 0.50 | $ 75.00 |
| 12/21/2008 | Work on statement of jurisdiction, research G.R.A.P. & juris. statutes, review file docs.; re: Supreme Court of Guam Case CVA2008-016 | 2.40 | $ 360.00 |
| 12/22/2008 | Prepare certificate of service, review file docs., work on representation statement, research; prepare transcript request re: Supreme Court of Guam Case CVA2008-016 | 3.00 | $ 450.00 |
| 12/22/2008 | Inspect file, prepare amended transcript request re: Supreme Court of Guam Case CVA2008-016 | 2.00 | $ 300.00 |
| 12/22/2008 | Finalize statement of jurisdiction re: Supreme Court of Guam Case CVA2008-016 | 0.50 | $ 75.00 |
| 12/24/2008 | Review opposition's cross appeal in Supreme Court of Guam Case CVA2008-016 re: allow caregivers to keep Wards' life savings, calendar dates, notify client | 1.00 | $ 150.00 |
| 12/29/2008 | Review notice by Court re: cross appeal in Supreme Court of Guam Case CVA2008-016, create file notes; review notice of requirement to file transcript, calendar, create file notes | 0.50 | $ 75.00 |
| 1/9/2009 | Review letter from Atty. Civille re: transcripts Supreme Court of Guam Case CVA2008-016, review file docs., research, create file notes | 1.25 | $ 187.50 |
| 1/9/2009 | Review statement of issues by opposition in Supreme Court of Guam Case CVA2008-016, review file docs., review decision lower court, research G.R.A.P., create file notes | 1.25 | $ 187.50 |
| 1/9/2009 | Review designation of additional transcripts by opposition in Supreme Court of Guam Case CVA2008-016, review file docs., create file notes | 0.50 | $ 75.00 |
| 1/12/2009 | Review certificates of service by opposition in Supreme Court of Guam Case CVA2008-016, review file, create file notes | 0.25 | $ 37.50 |
| 1/12/2009 | Prepare notice identification issues, review file docs., research G.R.A.P. in Supreme Court of Guam Case CVA2008-016 | 0.75 | $ 112.50 |
| 2/4/2009 | Research and work on drafting appeal re: house real property conveyance in Supreme Court of Guam Case CVA2008-016 | 3.75 | $ 562.50 |
| 2/11/2009 | Prepare for and attend status hearing SP110-07, create file notes, review file docs., calendar | 1.40 | $ 210.00 |
| 3/6/2009 | Review opposition's motion to stay, research, review file docs., create file notes, review certificate service in Supreme Court of Guam Case CVA2008-016 | 1.25 | $ 187.50 |
| 3/7/2009 | Prepare response to motion to stay in Supreme Court of Guam Case CVA2008-016 | 0.75 | $ 112.50 |
| 3/24/2009 | Review order in Supreme Court of Guam Case CVA2008-016 on motion to stay, research cited authority, review file docs., create file notes, notify client | 0.75 | $ 112.50 |
| 4/24/2009 | Review Judge Barrett-Anderson decision on pending motions, research authority cited, review file docs., create file notes | 1.00 | $ 150.00 |

ORIGINAL

21

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 4/24/2009 | Review second Judge Barrett-Anderson decision re: removing names from Wards; bank account, research authority cited, review file docs., create file notes, notify client | 0.50 | $ 75.00 |
| 4/30/2009 | Review notice entry on docket re: 4/24/09 decision Judge Barrett-Anderson, calendar 30 days | 0.25 | $ 37.50 |
| 6/19/2009 | Review file docs., draft letter to Clerk of Court re: compliance with Supreme Court of Guam CVA2008-16 order of Justice Torres re: starting of appeal period, fax Clerk of Court | 1.25 | $ 187.50 |
| 9/7/2010 | Review docket sheet in Supreme Court of Guam Case CVA2008-016; work on appeal outline | 2.75 | $ 412.50 |
| 9/15/2010 | Review Supreme Court order, review file docs., review authority cited in order in Supreme Court of Guam Case CVA2008-016 | 1.00 | $ 150.00 |
| 9/27/2010 | Review order re: transcripts in Supreme Court of Guam Case CVA2008-016, review file docs., calendar dates, create file notes | 0.50 | $ 75.00 |
| 10/9/2010 | Work on excerpts record re: house, start codifying, review file docs. in Supreme Court of Guam Case CVA2008-016, research, review lower court documents | 3.50 | $ 525.00 |
| 1/11/2010 | Review appellate file, draft letter to Clerk of Court regarding status of transcripts in Supreme Court of Guam Case CVA2008-016 | 1.50 | $ 225.00 |
| 10/1/2010 | Review Clerk's Certificate, review file docs., review Supreme Court's orders on file, calendar, create file notes in Supreme Court of Guam Case CVA2008-016 | 1.40 | $ 210.00 |
| 10/4/2010 | Review briefing schedule order, review file docs., calendar dates, create file notes in Supreme Court of Guam Case CVA2008-016 | 1.00 | $ 150.00 |
| 12/15/2010 | Review declaration of service Atty. Tang | 0.15 | $ 22.50 |
| 1/20/2011 | Review status & disqualification hearing notice, calendar dates in Supreme Court of Guam Case CVA2008-016, notify client | 0.75 | $ 112.50 |
| 1/25/2011 | Review order re: contents of record in Supreme Court of Guam Case CVA2008-016 | 0.50 | $ 75.00 |
| 2/2/2011 | Review Clerk's docket sheet notice, review file docs, create file notes, prepare for oral arguments in Supreme Court of Guam Case CVA2008-016 | 1.50 | $ 225.00 |
| 2/2/2011 | Prepare for status & disqualification hearing, review Court calendar, create file notes & outline in Supreme Court of Guam Case CVA2008-016 | 2.00 | $ 300.00 |
| 2/3/2011 | Prepare for status & disqualification hearing, attend hearing, review Court notes, create file notes, check calendar in Supreme Court of Guam Case CVA2008-016, research | 2.25 | $ 337.50 |
| 2/11/2011 | Review order re: excerpts of record in Supreme Court of Guam Case CVA2008-016 | 0.75 | $ 112.50 |
| 2/13/2011 | Work on modifying excerpts of record complying with 2/11/11 order in Supreme Court of Guam Case CVA2008-016 | 2.50 | $ 375.00 |
| 2/17/2011 | Review file, letter to Atty. Civille re: attempt to sell Wards' properties for death tax purposes (subsequently Judge Barrett-Anderson prohibited); review Steffy Look Back Report; research | 2.50 | $ 375.00 |
| 10/18/2011 | Review Court opinion, entry on docket notice and judgment in Supreme Court of Guam Case CVA2008-016, review cases cited, create file notes, notify client, research | 1.40 | $ 210.00 |
| 11/9/2011 | Review mandate and entry on docket notice in Supreme Court of Guam Case CVA2008-016 | 0.75 | $ 112.50 |
| 11/14/2011 | Review NEOD 11/10/11 order, calendar | 0.25 | $ 37.50 |
| 7/24/2012 | Review file docs., work on status conference memorandum requesting mandate issues be heard | 1.25 | $ 187.50 |



ORIGINAL

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 10/16/2013 | Review file docs., prepare status conference memorandum re: house and loan outstanding issues for newly assigned Courtroom | 1.50 | $ 225.00 |
| | **TOTAL FOR GENERAL GUARDIANSHIP WORK** | 857.15 | $ 128,572.50 |
| | (Recovery at 50% of time billed) | | |
| **WORK DONE ON CVA2015-030 (House and Loan Issues)** | | | |
| 12/1/2015 | Review Court decision on remand issues, review file docs., calendar case, research cases, contact client | 1.25 | $ 187.50 |
| 12/5/2015 | Review notice of entry on docket for 12/1/15 decision, calendar, review file docs. | 0.50 | $ 75.00 |
| 12/28/2015 | Work on representation statement, statement of jurisdiction, review file docs., research, create file notes in Supreme Court of Guam CVA2015-030 | 4.50 | $ 675.00 |
| 12/29/2015 | Prepare Notice of Appeal, review file docs., research; Supreme Court of Guam CVA2015-030 | 1.00 | $ 150.00 |
| 12/30/2015 | Review Clerk of Court docket list, review file docs. in Supreme Court of Guam CVA2015-030 | 1.00 | $ 150.00 |
| 12/30/2015 | Review file docs., review issues in appeal, prepare certificate of no transcript in Supreme Court of Guam CVA2015-030 | 2.50 | $ 375.00 |
| 12/31/2015 | Review file docs., determine need for transcripts, prepare transcript certification in Supreme Court of Guam CVA2015-030 | 4.00 | $ 600.00 |
| 1/11/2016 | Review file docs., work on statement of issues, research, review decision in Supreme Court of Guam CVA2015-030 | 1.50 | $ 225.00 |
| 1/11/2016 | Fax opposition statement of issues with cover notation in Supreme Court of Guam CVA2015-030 | 0.25 | $ 37.50 |
| 1/12/2016 | Review file, prepare certificate of service in Supreme Court of Guam CVA2015-030 | 0.50 | $ 75.00 |
| 1/19/2016 | Review Supreme Court briefing order, review file docs., calendar case in Supreme Court of Guam CVA2015-030, advise client | 1.00 | $ 150.00 |
| 1/11/2016 | Review file docs., work on statement of issues, research, review decision in Supreme Court of Guam CVA2015-030 | 1.50 | $ 225.00 |
| 2/23/2016 | Review file docs., communication Clerk's office re: docket list, prepare motion to reset briefing schedule due to Clerk's Office errors & deficiencies in docket list, research, advise client, create file notes; all in Supreme Court of Guam CVA2015-030 | 4.00 | $ 600.00 |
| 2/24/2016 | Finalize motion to reset briefing schedule due to docket list being in error & incomplete, efile & secure and save efile receipts | 0.50 | $ 75.00 |
| 2/26/2016 | Review order, create file notes, research, review file docs. in Supreme Court of Guam CVA2015-030, advise client | 0.75 | $ 112.50 |
| 2/29/2016 | Review Supreme Court certificate, review file docs. in Supreme Court of Guam CVA2015-030 | 0.25 | $ 37.50 |
| 3/2/2016 | Review Clerk of Court reply memorandum re: extending briefing schedule, create file notes, review file docs., calendar case in Supreme Court of Guam CVA2015-030 | 1.00 | $ 150.00 |
| 3/2/2016 | Review file docs., work on reply to Clerk of Court's memorandum extending briefing schedule, research; all in Supreme Court of Guam CVA2015-030 | 2.00 | $ 300.00 |

ORIGINAL

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 3/3/2016 | Work on reply to Clerk of Court's memorandum extending briefing schedule, research, finalize brief, review file docs., efile & secure and save efile receipts; in Supreme Court of Guam CVA2015-030 | 2.15 | $ 322.50 |
| 3/10/2016 | Review Clerk of Court's request to Supreme Court, review file docs., create file notes, advise client; Supreme Court of Guam CVA2015-030 | 0.75 | $ 112.50 |
| 3/10/2016 | Review draft docket list provided by Clerk of Court, Supreme Court of Guam CVA2015-030 | 1.75 | $ 262.50 |
| 3/11/2016 | Review Supreme Court disqualification memo, review file docs., create notes, Supreme Court of Guam CVA2015-030 | 0.50 | $ 75.00 |
| 7/26/2016 | Review file docs., communicate Clerk of Court re: deficient docket list, create file notes, calendar tracer; Supreme Court of Guam CVA2015-030 | 0.75 | $ 112.50 |
| 7/26/2016 | Review Clerk of Court's reply re: problems with docket list, Supreme Court of Guam CVA2015-030 | 0.15 | $ 22.50 |
| 7/27/2016 | Review file docs., communicate Clerk of Court re: deficient docket list, create file notes, calendar tracer; Supreme Court of Guam CVA2015-030 | 0.40 | $ 60.00 |
| 8/3/2016 | Review opposing counsel's comments on deficient docket list review & correction; create file notes, calendar tracer; Supreme Court of Guam CVA2015-030 | 0.25 | $ 37.50 |
| 8/5/2016 | Review docket list, compare against file docs., create notes, review file docs., Supreme Court of Guam CVA2015-030 | 1.75 | $ 262.50 |
| 8/8/2016 | Review Clerk of Court's revised docket list draft per Court order; review file docs., communication sent to Clerk of Court, create file notes; Supreme Court of Guam CVA2015-030 | 2.00 | $ 300.00 |
| 8/10/2016 | Communication Clerk of Court and opposing counsel re: docket list errors; review file docs., create file notes, Supreme Court of Guam CVA2015-030 | 0.75 | $ 112.50 |
| 10/10/2016 | Review Clerk of Court comments on docket list status; review file docs., review order attached; create file notes; Supreme Court of Guam CVA2015-030 | 1.00 | $ 150.00 |
| 10/10/2016 | Review file docs., communicate Clerk of Court replying to her docket list concerns; Supreme Court of Guam CVA2015-030 | 0.50 | $ 75.00 |
| 10/17/2016 | Review revised docket list, create file notes, communicate Clerk of Court and opposing counsel on further amendments; Supreme Court of Guam CVA2015-030 | 1.40 | $ 210.00 |
| 10/19/2015 | Review file, prepare status hearing request re: pending unresolved remand issues on house & loan | 1.00 | $ 150.00 |
| 10/25/2016 | Review communication from opposing counsel re: docket list errors and deficiencies, review file docs., create file notes; Supreme Court of Guam CVA2015-030 | 0.40 | $ 60.00 |
| 10/31/2016 | Communicates Clerk of Court and opposing counsel re: docket list repair problem meeting, calendar, create file notes, review file docs.; Supreme Court of Guam CVA2015-030 | 0.75 | $ 112.50 |
| 11/4/2016 | Prepare for and attend meeting with Clerk of Court and opposing counsel re: docket list problems, review file docs., create file notes; Supreme Court of Guam CVA2015-030 | 3.75 | $ 562.50 |
| 11/22/2016 | Review Clerk of Court's docket sheet documents; Supreme Court of Guam CVA2015-030 | 1.00 | $ 150.00 |
| 11/30/2016 | Review file docs., communicate Clerk of Court providing analysis of additional deficiencies from earlier draft; Supreme Court of Guam CVA2015-030 | 3.40 | $ 510.00 |
| 12/14/2016 | Review file docs., communications to Clerk of Court following up on message providing detailed analysis of additional deficiencies from earlier docket list draft; review Clerk of Court reply; Supreme Court of Guam CVA2015-030 | 0.75 | $ 112.50 |

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 12/29/2016 | Review Clerk of Court message re: docket list draft; review file docs., create file notes; Supreme Court of Guam CVA2015-030 | 0.50 | $ 75.00 |
| 1/24/2017 | Review file docs., follow up Clerk of Court re: docket list problems, review & reply to Clerk of Court re: finalizing docket list, create file notes; Supreme Court of Guam CVA2015-030 | 1.00 | $ 150.00 |
| 1/27/2017 | Review file docs., communication Clerk of Court re: docket list revisions, review attachments to Clerk's message on revised docket list; review opposing counsel's message to Clerk of Court, calendar follow up; Supreme Court of Guam CVA2015-030 | 1.75 | $ 262.50 |
| 2/7/2017 | Review file docs., communicate Clerk of Court re: status of docket list problems & changes, review Clerk of Court's reply, create file notes, calendar, Supreme Court of Guam CVA2015-030 | 0.50 | $ 75.00 |
| 2/25/2017 | Review file docs., review Clerk of Court communication re: status of docket list problems & changes, create file notes, calendar, Supreme Court of Guam CVA2015-030 | 0.25 | $ 37.50 |
| 3/1/2017 | Review revised docket list filed in Supreme Court of Guam CVA2015-030; review file docs., create file notes | 2.00 | $ 300.00 |
| 3/13/2017 | Review revised briefing order, calendar dates, review file docs., create file notes, communication client; in Supreme Court of Guam CVA2015-030 | 1.00 | $ 150.00 |
| 3/13/2017 | Review order re: appointment replacement Justice, review file docs., create file notes; in Supreme Court of Guam CVA2015-030 | 0.50 | $ 75.00 |
| 3/28/2017 | Review order re: pending motion, calendar dates; in Supreme Court of Guam CVA2015-030 | 0.50 | $ 75.00 |
| 4/5/2017 | Prepare entry appearance co-counsel; review file docs., in Supreme Court of Guam CVA2015-030, efile, secure and review efile receipt | 0.50 | $ 75.00 |
| 4/12/2017 | Review file docs., finalize opening brief and excerpts of record, proofing; efile & secure and save efile receipts, calendar dates, Supreme Court of Guam CVA2015-030 | 5.75 | $ 862.50 |
| 4/13/2017 | Review amended transmittal of record, review file docs., create file notes, Supreme Court of Guam CVA2015-030 | 0.50 | $ 75.00 |
| 6/2/2017 | Review notice from Supreme Court re: status & disqualification hearing, review file docs., calendar case, create file notes, Supreme Court of Guam CVA2015-030 | 1.00 | $ 150.00 |
| 6/5/2017 | Review opposition's opening brief and supplemental excerpts of record, research, Supreme Court of Guam CVA2015-030 | 4.00 | $ 600.00 |
| 6/5/2017 | Review opposition's declaration re: untimely filing brief, Supreme Court of Guam CVA2015-030, review file docs., create file notes | 1.00 | $ 150.00 |
| 6/6/2017 | Review Supreme Court's order re: briefing schedule, calendar, create file notes, Supreme Court of Guam CVA2015-030 | 0.75 | $ 112.50 |
| 6/9/2017 | Review opposing counsel's errata, review file docs., create file notes; Supreme Court of Guam CVA2015-030 | 0.75 | $ 112.50 |
| 6/9/2017 | Prepare for and attend status and disqualification hearing in Supreme Court of Guam CVA2015-030, review file docs., review hearing notes, create file notes, check calendar | 1.00 | $ 150.00 |
| 6/19/2017 | Finalize reply brief, proof read, efile & secure and save efile receipts, Supreme Court of Guam CVA2015-030 | 3.40 | $ 510.00 |
| 8/2/2017 | Review file docs., prepare for oral argument Supreme Court hearing, research, Supreme Court of Guam CVA2015-030, work on outline & appellate oral argument binder | 4.00 | $ 600.00 |

| Date | Time Description | Hours Billed | Amount Awarded |
|---|---|---|---|
| 8/3/2017 | Prepare for and attend oral argument, review file docs., research, create file notes, calendar, Supreme Court of Guam CVA2015-030, review oral argument notes | 3.15 | $ 472.50 |
| 12/29/2017 | Review decision Supreme Court of Guam CVA2015-030, research case authority cited, create file notes, notify client | 3.00 | $ 450.00 |
| 12/30/2017 | Review judgment and notice entry on docket in Supreme Court of Guam CVA2015-030, review file docs., calendar remand reminder for lower court case | 0.75 | $ 112.50 |
| 1/22/2018 | Review mandate and notice entry on docket, review file docs., create file notes, calendar tickler date for Superior Court of Guam case, Supreme Court of Guam CVA2015-030 | 0.75 | $ 112.50 |
| | **TOTAL FOR WORK DONE ON CVA2015-30** (Recovery at 50% of time billed) | **91.45** | **$ 13,717.50** |

SERVICE VIA E-MAIL
I acknowledge that an electronic
copy of the original was e-mailed to:

Jacqueline Terlaje
D. Moylan, Gary Gumataotao
Date: 6/15/21 Time: 3:50pm

Clerk, Superior Court of Guam